UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PALM TRAN, INC. AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION, BRETT A. ROBERTS, and KENNETH S. BOOTH,<br>　　　　　　　　Defendants. | Case No. 20-cv-12698<br><br>Hon. Linda V. Parker<br><br>Magistrate Judge Elizabeth A. Stafford |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sharon S. Almonrode of The Miller Law Firm, P.C. hereby enters her appearance as counsel of record on behalf of Plaintiffs in the above captioned matter.

Dated: October 2, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Sharon S. Almonrode*_____
　　　　　　　　　　　　　　　　　　Sharon S. Almonrode (P33938)
　　　　　　　　　　　　　　　　　　**THE MILLER LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　950 W. University Dr., Ste. 300
　　　　　　　　　　　　　　　　　　Rochester, MI 48307
　　　　　　　　　　　　　　　　　　Tel: (248) 841-2200
　　　　　　　　　　　　　　　　　　ssa@millerlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2020 I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                                 */s/ Sharon S. Almonrode*_____
                                                 Sharon S. Almonrode (P33938)
                                                 **THE MILLER LAW FIRM, P.C.**
                                                 950 W. University Dr., Ste. 300
                                                 Rochester, MI 48307
                                                 Tel: (248) 841-2200
                                                 ssa@millerlawpc.com