UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - x

PALM TRAN, INC.                          :
AMALGAMATED TRANSIT UNION   :
LOCAL 1577 PENSION PLAN,            :
Individually and On Behalf of All        :
Others Similarly Situated,                  :
                                                       :     Case No.:
                              Plaintiff,         :     2:20-cv-12698-LVP-EAS
                                                       :
                    v.                              :     Hon. Linda V. Parker
                                                       :
CREDIT ACCEPTANCE                   :
CORPORATION, BRETT A.             :
ROBERTS, and KENNETH S.          :
BOOTH,                                         :
                                                       :
                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND ORDER REGARDING PLEADING AND BRIEFING SCHEDULE

Lead Plaintiffs Ontario Provincial Council of Carpenters' Pension Trust Fund and Millwright Regional Counsel of Ontario Pension Trust Fund (together, "Ontario Trust Funds") and Defendants Credit Acceptance Corporation ("Credit Acceptance"), Brett A. Roberts and Kenneth S. Booth (collectively, "Defendants," and together with the Ontario Trust Funds, the "Parties") hereby stipulate and agree to set the pleading and briefing schedule in the above-captioned action pursuant to the Court's Order dated November 10, 2020 (ECF No. 12 at 5-6):

WHEREAS, the Court's Order requires:

Within fourteen (14) days following entry of an order by the Court appointing a lead plaintiff(s) in this action (or a consolidated action encompassing the above-captioned action) pursuant to 15 U.S.C. § 78u-4(a)(3), counsel for each of the respective Defendants and lead counsel shall confer and propose to the Court:   (i) a date by which lead plaintiff(s) shall either serve and file a consolidated amended complaint that shall serve as the operative complaint in this action and shall supersede any other complaints filed herein or notify counsel for each of the respective Defendants that the Complaint, or a complaint filed in a related action, will be the operative complaint in this action; (ii) a date by which Defendants shall answer or otherwise respond to the operative complaint; and (iii) in the event Defendants move to dismiss the operative complaint, a date by which lead plaintiff(s) shall file opposition papers and Defendants shall file reply papers to Defendants' motion(s).

(ECF No. 12 at 6.)

WHEREAS, on May 28, 2021, the Court issued an Opinion and Order appointing the Ontario Trust Funds as Lead Plaintiffs in the above-captioned action pursuant to 15 U.S.C. § 78u-4(a)(3).  (ECF No. 28.)

WHEREAS, the Parties agree that this stipulation serves the interest of efficiency, and does not delay the proceedings or prejudice any party.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to approval of the Court, as follows:

1.     On or before July 22, 2021, the Ontario Trust Funds shall file an amended complaint or notify each of the Defendants in writing that the Ontario Trust Funds intend to rely on the current Complaint (ECF No. 1) as the operative complaint;

2

2.    Defendants shall answer or otherwise respond to the operative complaint on or before September 2, 2021;

3.    In the event Defendants move to dismiss the operative complaint, the Ontario Trust Funds shall file their omnibus response in opposition to Defendants' motion(s) on or before October 14, 2021; and

4.    Defendants shall file their reply brief(s) in further support of any motion(s) to dismiss on or before November 11, 2021.

Dated:  June 11, 2021

Respectfully submitted,

 */s/ Kelley E. Kane*
Kelly E. Kane (P81912)
CLARK HILL PLC
500 Woodward Ave
Suite 3500
Detroit, Michigan 48226
Tel.:  (313) 309-9495
Fax:  (313) 309-6875
kkane@clarkhill.com

CLARK HILL PLC
Ronald A. King (P45088)
212 E. Cesar Chavez Ave
Lansing, Michigan 48906
Tel.:  (517) 318-3015
Fax:  (517) 318-3068
rking@clarkhill.com

*Liaison Counsel for Lead Plaintiffs*

 */s/ Thomas G. McNeill*
Thomas G. McNeill (P36895)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Tel.:  (313) 223-3500
Fax:  (844) 670-6009
tmcneill@dickinsonwright.com

Scott R. Knapp (P61041)
DICKINSON WRIGHT PLLC
123 W. Allegan Street, Suite 900
Lansing, Michigan 48933
Tel.:  (517) 371-1730
Fax:  (844) 670-6009
sknapp@dickinsonwright.com

LABATON SUCHAROW LLP
Michael P. Canty
Thomas G. Hoffman, Jr.
Alec T. Coquin
140 Broadway
New York, New York 10005
Tel.:  (212) 907-0700
Fax:  (212) 818-0477
mcanty@labaton.com
thoffman@labaton.com
acoquin@labaton.com

*Lead Counsel for Lead Plaintiffs*

SKADDEN, ARPS, SLATE
   MEAGHER & FLOM LLP
Scott D. Musoff
Robert A. Fumerton
Patrick G. Rideout
One Manhattan West
New York, New York 10001
Tel.:  (212) 735-3000
Fax:  (212) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
patrick.rideout@skadden.com

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - x

PALM TRAN, INC.                          :
AMALGAMATED TRANSIT UNION     :
LOCAL 1577 PENSION PLAN,          :
Individually and On Behalf of All      :
Others Similarly Situated,               :
                                                 :     Case No.:
                            Plaintiff,          :     2:20-cv-12698-LVP-EAS
                                                 :
                  v.                            :     Hon. Linda V. Parker
                                                 :
CREDIT ACCEPTANCE               :
CORPORATION, BRETT A.           :
ROBERTS, and KENNETH S.        :
BOOTH,                                      :
                                                 :
                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER REGARDING**
**PLEADING AND BRIEFING SCHEDULE**

The Stipulation Regarding Pleading and Briefing Schedule having been considered, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1.     On or before July 22, 2021, Lead Plaintiffs shall file an amended complaint or notify each of the Defendants in writing that Lead Plaintiffs intend to rely on the current Complaint (ECF No. 1) as the operative complaint;

2.     On or before September 2, 2021, Defendants shall answer or otherwise respond to the operative complaint;

3.      In the event Defendants move to dismiss the operative complaint, Lead Plaintiffs shall file an omnibus response in opposition to Defendants' motion(s) on or before October 14, 2021; and

4.      Defendants shall file their reply brief(s) in further support of any motion(s) to dismiss on or before November 11, 2021.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 10, 2021

6