# INDEX OF EXHIBITS

**Exhibit A:**       Credit Acceptance Corporation, 4/30/21 Form 10-K/A

**Exhibit B:**       Credit Acceptance Corporation, 2019 Form 10-K

**Exhibit C:**       Credit Acceptance Corporation, 5/3/18 Form 10-Q

**Exhibit D:**       Credit Acceptance Corporation, 2018 Form 10-K

**Exhibit E:**       Credit Acceptance Corporation, 12/12/14 Form 8-K

**Exhibit F:**       Credit Acceptance Corporation, 2/2/18 Form 8-K

**Exhibit G:**       Credit Acceptance Corporation, 1/30/19 Form 8-K

**Exhibit H:**       Credit Acceptance Corporation, 7/31/20 Form 10-Q

**Exhibit I:**       Credit Acceptance Corporation, 4/29/19 Form 10-Q

**Exhibit J:**       Analyst Report, 5/4/18 SIG Report

**Exhibit K:**       Analyst Report, 1/31/19 JMP Report

**Exhibit L:**       Credit Acceptance Corporation, 9/2/20 Form 8-K

**Exhibit M:**       Credit Acceptance Corporation, 2020 Form 10-K

**Exhibit N:**       Credit Acceptance Corporation, 9/1/21 Form 8-K

**Exhibit O:**       Credit Acceptance Corporation, 5/3/18 Form 8-K

**Exhibit P:**       Credit Acceptance Corporation, 3/19/20 Form 4

**Exhibit Q:**       Credit Acceptance Corporation, 8/6/18 Form 4

**Exhibit R:**       Credit Acceptance Corporation, 8/11/20 Form 4

**Exhibit S:**       Credit Acceptance Corporation, 11/12/19 Form 4

**Exhibit T:**       Credit Acceptance Corporation, 6/9/20 Form 4

**Exhibit U:**       Analyst Report, 8/31/20 Credit Suisse Report