# Exhibit J

MAY 4, 2018

# Banks and Auto Finance:
# Auto Finance

**LOWERING PRICE TARGET**



## Credit Acceptance Corp.

| | |
|---|---|
| Symbol | CACC |
| Rating | Neutral |
| Price | $322.40 |
| Price target | From $358.00 to $350.00 |
| Downside/ Upside risk | $292.00 |
| Risk | Downside Risk |

### Company market data

| | |
|---|---|
| 52 week range | $377.82-$210.26 |
| Shares out. | 19.310mm |
| Market cap. | $6,226mm |
| Average daily trading volume | 116,276 |
| Beta | 1.37 |
| PT Upside/Downside ratio: | 0.91:1 |

### Calendar year December

| EPS | Prior | 2018e Current | Prior | 2019e Current |
|---|---|---|---|---|
| Q1 | 6.31 | 6.17A | 6.86 | 6.79 |
| Q2 | 6.65 | 6.70 | 6.96 | 7.24 |
| Q3 | 6.79 | 6.84 | 7.06 | 7.38 |
| Q4 | 6.94 | 6.84 | 7.19 | 7.39 |
| CY EPS | 26.99 | 27.06 | 28.39 | 29.22 |
| P/E | | 11.9x | | 11.0x |

### Derivatives

| | |
|---|---|
| Volume (contracts) | 54 |
| Skew rank (2yr %-tile) | 13.29 |



# Credit Acceptance Corp.: 1Q18 Earnings Review and Model Update

### Call to action

Following today's 1Q18 earnings call, we continue to rate CACC shares Neutral.

**Jack Micenko**
jack.micenko@sig.com
212 514 4892

John Oh
john.oh@sig.com
212 709 5394

### HIGHLIGHTS

The company saw nice growth in active dealers in the quarter, but loan yields continue to compress. As we incorporate quarterly results and management commentary from the earnings call, we are increasing our 2018 EPS estimate modestly from $26.99 to $27.06 and 2019 EPS from $28.39 to $29.22 (+3%), driven by higher forecast loan growth and share repurchases. As we apply a 12x multiple (0.5x discount due to the regulatory risk) to our FY19 EPS estimate, we are lowering our price target from $358 to $350.

Quarterly Highlights:

- **Strong Dealer and Unit Volume Growth.** In 1Q18, CACC's unit volumes grew 18.5% and dollar volume grew 32.9% driven by an increase in the average loan size. Loan size is a byproduct of both longer average initial loan term and average vehicle selling price. On a Y/Y basis, unit volume for the one month ended April 30, 2018 grew 25.3%. Regarding dealer growth, the number of active dealers grew 11.6% Y/Y and average volume per active dealer grew 5.8% Y/Y. CEO Brett Roberts explained that it is hard to separate how much of dealer growth was driven by legacy and new sales force and how much is attributable to somewhat easing competition. To that point, he stated *"In rough terms they grew about twice as fast as the as the overall book did. So that still leaves decent growth and the sales reps that have been here or were here before the expansion started. So we're seeing faster growth from the new group but strong growth from everywhere."* Roberts also acknowledged that it is difficult to predict growth going forward, but suggested 4Q17 and 1Q18 provide strong data points for dealer growth.

Continued on the next page

### Catalysts

Auto credit trends are most highly correlated to employment. Worsening unemployment trends could signal worsening credit performance. Increased competition in auto lending could lead to the mis-pricing of risk, while used car prices can impact severity rates.

### Downside or Upside risk

We see downside risk to $292, which represents 10x our undiscounted 2019 EPS estimate.

**IMPORTANT DISCLOSURES AND CERTIFICATIONS.**
Susquehanna International Group, LLP (SIG) is comprised of affiliated entities, including Susquehanna Financial Group, LLLP (SFG). SFG is a provider of research and execution services. SFG is a member of FINRA. SFG does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Please see important disclosures on pages 6-7.

## HIGHLIGHTS

Continued from previous page

- **Incremental Regulatory Inquiry Weighed on Shares Today.** In the 10-Q, CACC disclosed that on April 10, 2018, they were informed by the New York Department of Financial Services, Financial Frauds & Consumer Protection Division (or "DFS") that *"it believes that the Company may have violated the law relating to fair lending; may have misrepresented to consumers information related to GPS Starter Interrupt Devices; and may have provided inaccurate information in the course of a DFS supervisory examination."* On the call, Roberts acknowledged the company had a call with the agency, and indicated the substance of the call is included in the 10-Q filing, but they are waiting for a further communication. Treasurer Douglas Busk added that there has been a number of regulatory inquiries in recent years, but before those, in his 24 years with CACC, they did not have any issues, stating *"clearly, something's changed in the regulatory environment. We're under a lot of scrutiny. We have been for quite a while now."* As background, since 2014, the company has received inquiries or subpoenas from the DOJ, FTC, CFPB, and Attorneys General of NY, MD, MA and MS. These inquiries either generally relate to originations and collections practices (including the use of starter interrupt devices), repossession activities, and securitization activities. However, to date, there has not been a notable progress or material impact to the company's business.

Summary Recap:

- CACC reported adjusted EPS of $6.17 for the quarter, below our estimate of $6.31 but ahead of the consensus estimate of $6.10. Relative to our estimates, operating items were largely in-line, the differential was due to higher share-count (we had forecast more buyback activity). Growth accelerated, with a 19% Y/Y growth in loan unit volume driven in part by a 6% increase in active dealers Y/Y. The company recorded an $11 mln negative adjustment to forecasted cumulative cash flows in the quarter. Quarterly results resulted in a GAAP ROE of 30.2%.

- Loan unit volume of 112.3K is up 18.5% versus the 94.8K loans in the year ago quarter. Active dealers totaled 8,762, up 11% Q/Q and up 12% Y/Y. While the first quarter tends to see elevated dealer growth sequentially each year, this was the highest sequential 4Q/1Q growth rate in several years. It appears the company's ongoing efforts to grow its dealer sales-force are beginning to bear fruit.

- Average loans increased 5% Q/Q and 20% Y/Y to $4.8 bln. Growth in loans was driven by both higher volume and higher average loan size. Average consumer loan balance was $21,719 compared to $19,416 last year. Average advance balance was $9,352 above the $8,337 a year ago.

- Finance revenue was up 3% Q/Q and up 13% Y/Y and in-line with our estimate, as higher growth offset lower NIM. NIM declined to 18.4% for the quarter, compared to 19.8% in the year ago quarter and 19.1% in 4Q17. The decline in NIM was driven by a decline in average loan yields.

- Forecasted collection percentage was 63.6% as of 1Q18, slightly above the initial forecast of 63.5%. The forecasted collection percentage of dealer loans this quarter was 63.6% vs. 63.5% initial forecast, while for purchased loans it was 63.8% vs. 63.6% initial forecast. Despite better quarterly trends, the company reported a negative adjustment to future cash flows of $10.8 bln in the quarter, compared to a positive $8.1 mln adjustment in the year ago period. The company pointed to performance of the 2015 and 2016 vintages as the driver of the negative adjustment in the quarter.

- Provision for credit losses of $23 mln was slightly higher than our expectation of $22 mln and compares to $20.5 mln in the year ago quarter and $61.3 mln in 4Q17. The allowance to loans ratio was 8.2% in the quarter, compared to 8.5% last quarter and 7.6% in the year ago quarter. Provision as a percentage of loans declined to 0.4% of total loans vs. 1.2% last quarter, and 0.5% a year ago.

**SIG** SUSQUEHANNA FINANCIAL GROUP, LLLP AFFILIATE OF SUSQUEHANNA INT'L GROUP, LLP

CACC - Credit Acceptance Corp Quarterly Financial Model    John Oh
Jack Micenko 212-514-4892    Consumer Finance 212-709-5394
jack.micenko@sig.com    john.oh@sig.com

($Millions)

| INCOME STATEMENT: | FY 2015 | FY 2016 | 1Q 17 | 2Q 17 | 3Q 17 | 4Q 17 | FY 2017 | 1Q 18 | 2Q 18E | 3Q 18E | 4Q 18E | FYE 2018E | 1Q 19E | 2Q 19E | 3Q 19E | 4Q 19E | FYE 2019E | 17/16 | 18E/17 | 19E/18E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | | | | | | | | | | | |
| Finance charges | $731 | $874 | $238 | $252 | $259 | $262 | $1,012 | $270 | $274 | $279 | $282 | $1,105 | $289 | $295 | $299 | $304 | $1,187 | 16% | 9% | 7% |
| Premiums earned | 48 | 43 | 10 | 11 | 10 | 10 | 41 | 10 | 11 | 11 | 11 | 43 | 11 | 12 | 12 | 12 | 47 | | | |
| Other income | 47 | 52 | 15 | 14 | 14 | 15 | 57 | 15 | 15 | 16 | 16 | 62 | 17 | 17 | 17 | 18 | 68 | | | |
| Total revenue | 825 | 969 | 263 | 276 | 284 | 287 | 1110 | 296 | 300 | 305 | 309 | 1210 | 317 | 323 | 329 | 334 | 1302 | 15% | 9% | 8% |
| **Costs and expenses:** | | | | | | | | | | | | | | | | | | | | |
| Salaries and wages | 116 | 127 | 36 | 33 | 34 | 38 | 140 | 43 | 39 | 40 | 43 | 164 | 46 | 42 | 43 | 47 | 177 | | | |
| General and administrative | 38 | 48 | 14 | 14 | 14 | 13 | 56 | 15 | 15 | 15 | 15 | 60 | 16 | 16 | 16 | 17 | 65 | | | |
| Sales and marketing | 46 | 49 | 15 | 14 | 14 | 15 | 58 | 18 | 16 | 16 | 17 | 67 | 20 | 18 | 18 | 18 | 74 | | | |
| Provision for credit losses | 42 | 90 | 21 | 22 | 26 | 61 | 129 | 23 | 22 | 23 | 24 | 92 | 27 | 28 | 28 | 29 | 112 | 43% | -29% | 21% |
| Interest | 76 | 98 | 28 | 30 | 31 | 32 | 120 | 35 | 36 | 37 | 37 | 144 | 39 | 41 | 42 | 43 | 166 | | | |
| Provision for claims | 33 | 26 | 6 | 6 | 6 | 5 | 23 | 5 | 6 | 6 | 6 | 23 | 6 | 6 | 7 | 6 | 26 | | | |
| Loss on extinguishment of debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | | | |
| Total costs and expenses | 351 | 438 | 119 | 119 | 124 | 165 | 526 | 138 | 133 | 137 | 143 | 551 | 153 | 151 | 154 | 161 | 620 | 20% | 5% | 13% |
| Income from continuing operations before provision for income taxes | 475 | 531 | 144 | 157 | 160 | 122 | 584 | 158 | 167 | 169 | 166 | 660 | 164 | 173 | 174 | 173 | 683 | | | |
| Provision for income taxes | 175 | 198 | 51 | 58 | 59 | (55) | 114 | 38 | 38 | 39 | 38 | 153 | 38 | 40 | 40 | 40 | 157 | | | |
| **Net (loss) income** | 300 | 333 | 93 | 99 | 101 | 177 | 470 | 120 | 129 | 130 | 128 | 506 | 126 | 133 | 134 | 133 | 526 | 41% | 8% | 4% |
| **PER SHARE DATA:** | FY 2015 | FY 2016 | 1Q 17 | 2Q 17 | 3Q 17 | 4Q 17 | FY 2017 | 1Q 18 | 2Q 18E | 3Q 18E | 4Q 18E | FYE 2018E | 1Q 19E | 2Q 19E | 3Q 19E | 4Q 19E | FYE 2019E | | | |
| **Net income per common share:** | | | | | | | | | | | | | | | | | | | | |
| Basic | 13.47 | 16.53 | 4.73 | 5.09 | 5.19 | 9.13 | 24.12 | 6.17 | 6.73 | 6.90 | 6.92 | 27.38 | 6.89 | 7.35 | 7.51 | 7.54 | 29.81 | 46% | 14% | 9% |
| Diluted | 13.42 | 16.47 | 4.72 | 5.09 | 5.19 | 9.10 | 24.04 | 6.17 | 6.70 | 6.84 | 6.84 | 27.06 | 6.79 | 7.24 | 7.38 | 7.39 | 29.22 | 46% | 13% | 8% |
| Income from continuing operations per common share: | | | | | | | | | | | | | | | | | | | | |
| Basic | 13.47 | 16.53 | 4.73 | 5.09 | 5.19 | 9.13 | 24.23 | 6.17 | 6.73 | 6.90 | 6.92 | 27.38 | 6.89 | 7.35 | 7.51 | 7.54 | 29.81 | | | |
| Diluted | 13.42 | 16.47 | 4.72 | 5.09 | 5.19 | 9.10 | 24.15 | 6.16 | 6.70 | 6.84 | 6.84 | 27.06 | 6.79 | 7.24 | 7.38 | 7.39 | 29.22 | | | |
| Weighted average shares outstanding: | | | | | | | | | | | | | | | | | | | | |
| Basic | 22.26 | 20.13 | 19.72 | 19.46 | 19.41 | 19.41 | 19.41 | 19.44 | 19.12 | 18.80 | 18.50 | 18.50 | 18.28 | 18.06 | 17.85 | 17.64 | 17.64 | | | |
| Diluted | 22.33 | 20.21 | 19.77 | 19.46 | 19.42 | 19.47 | 19.47 | 19.47 | 19.22 | 18.96 | 18.72 | 18.72 | 18.53 | 18.35 | 18.18 | 18.00 | 18.00 | | | |
| *Stock Repurchase Percentage* | | | | | | | | | | | | | | | | | | | | |
| *Basic* | 0.00% | -9.54% | -2.05% | -1.34% | -0.26% | 0.00% | -3.61% | -0.16% | -1.64% | -1.64% | -1.64% | -4.70% | -1.18% | -1.18% | -1.18% | -1.18% | -4.62% | | | |
| *Diluted* | 0.00% | -9.50% | -2.16% | -1.56% | -0.25% | 0.29% | -3.65% | -0.01% | -1.32% | -1.32% | -1.32% | -3.88% | -0.97% | -0.97% | -0.97% | -0.97% | -3.83% | | | |

Y-O-Y Change

CREDIT ACCEPTANCE CORP. LOWERING PRICE TARGET MAY 4, 2018

4

**SIG** SUSQUEHANNA FINANCIAL GROUP, LLLP · AFFILIATE OF SUSQUEHANNA INT'L GROUP LLP

CACC - Credit Acceptance Corp Quarterly Financial Model
Jack Micenko 212-514-4892
jack.micenko@sig.com

John Oh
Consumer Finance 212-709-5394
john.oh@sig.com

| | FY 2015 | FY 2016 | 1Q 17 | 2Q 17 | 3Q 17 | 4Q 17 | FY 2017 | 1Q 18 | 2Q 18E | 3Q 18E | 4Q 18E | FYE 2018E | 1Q 19E | 2Q 19E | 3Q 19E | 4Q 19E | FYE 2019E | 17/16 | 18E/17 | 19E/18E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Finance charges** | | | | | | | | | | | | | | | | | | | | |
| *Average net Loans receivable balance* | 2,830 | 3,534 | 3,980 | 4,207 | 4,366 | 4,553 | 4,276 | 4,781 | 4,901 | 5,023 | 5,123 | 4,957 | 5,277 | 5,409 | 5,517 | 5,628 | 5,458 | 21% | 16% | 10% |
| *Average yield on our Loan portfolio* | 25.8% | 25.0% | 23.9% | 23.9% | 23.8% | 23.2% | 23.7% | 22.6% | 22.4% | 22.2% | 22.0% | 22.0% | 21.9% | 21.8% | 21.7% | 21.6% | 21.6% | | | |
| *Average oustanding debt principal balance* | 1,964.40 | 2,460 | 2,732.80 | 2,924.80 | 2,997.80 | 2,944.80 | 2,945 | 3,303 | 3,365 | 3,449 | 3,518 | 3,518 | 3,624 | 3,714 | 3,788 | 3,864 | 3,864 | 20% | 19% | 10% |
| *Average cost of debt* | 3.9% | 4.0% | 4.1% | 4.1% | 4.1% | 4.1% | 4.1% | 4.2% | 4.2% | 4.2% | 4.3% | 4.3% | 4.4% | 4.4% | 4.5% | 4.5% | 4.5% | | | |
| *Net Interest Margin* | 21.9% | 20.9% | 19.8% | 19.8% | 19.7% | 19.1% | 19.6% | 18.4% | 18.2% | 18.0% | 17.7% | 17.7% | 17.6% | 17.4% | 17.3% | 17.1% | 17.0% | | | |
| **AUTO CREDIT** | FY 2015 | FY 2016 | 1Q 17 | 2Q 17 | 3Q 17 | 4Q 17 | FY 2017 | 1Q 18 | 2Q 18E | 3Q 18E | 4Q 18E | FYE 2018E | 1Q 19E | 2Q 19E | 3Q 19E | 4Q 19E | FYE 2019E | | | |
| Provision for credit losses | 41.50 | 90.20 | 20.50 | 21.80 | 25.70 | 61.30 | 129.30 | 23.40 | 21.72 | 22.93 | 24.09 | 92.13 | 26.60 | 27.54 | 28.37 | 29.23 | 111.75 | | | |
| Write-offs | (6.6) | (14.8) | (3.0) | (5.5) | (4.1) | (9.5) | (22.1) | (4.3) | (3.7) | (3.8) | (3.9) | (15.6) | (4.7) | (4.9) | (5.0) | (5.1) | (19.6) | | | |
| Recoveries | | | | | | | | | | | | | | | | | | | | |
| **PERFORMANCE ANALYSIS** | FY 2015 | FY 2016 | 1Q 17 | 2Q 17 | 3Q 17 | 4Q 17 | FY 2017 | 1Q 18 | 2Q 18E | 3Q 18E | 4Q 18E | FYE 2018E | 1Q 19E | 2Q 19E | 3Q 19E | 4Q 19E | FYE 2019E | | | |
| ROE | 32.3% | 28.3% | 8.0% | 7.9% | 7.4% | 11.5% | 30.6% | 7.2% | 7.5% | 7.4% | 7.1% | 28.1% | 6.7% | 6.8% | 6.7% | 6.4% | 25.3% | | | |
| *Net Margin (Net Profit / Sales)* | 36.3% | 34.3% | 35.5% | 35.9% | 35.5% | 61.6% | 42.4% | 40.6% | 42.8% | 42.5% | 41.4% | 41.8% | 39.7% | 41.1% | 40.8% | 39.9% | 40.4% | | | |
| *x Turnover (Sales / Assets)* | 0.2x | 0.2x | 0.1x | 0.1x | 0.1x | 0.1x | 0.2x | 0.1x | 0.1x | 0.1x | 0.1x | 0.2x | 0.1x | 0.1x | 0.1x | 0.1x | 0.2x | | | |
| *x Leverage (Assets to Equity)* | 3.7x | 3.6x | 3.9x | 3.8x | 3.6x | 3.2x | 3.2x | 3.3x | 3.3x | 3.2x | 3.2x | 3.2x | 3.2x | 3.1x | 3.0x | 3.0x | 3.0x | | | |
| ROA | 8.8% | 7.9% | 2.0% | 2.1% | 2.1% | 3.6% | 9.4% | 2.2% | 2.3% | 2.3% | 2.2% | 8.7% | 2.1% | 2.2% | 2.2% | 2.1% | 8.4% | | | |
| Net Profit Margin | 36.3% | 34.3% | 35.5% | 35.9% | 35.5% | 61.6% | 42.4% | 40.6% | 42.8% | 42.5% | 41.4% | 41.8% | 39.7% | 41.1% | 40.8% | 39.9% | 40.4% | | | |
| Book Value per Share | $41.70 | $58.30 | $58.86 | $64.13 | $69.62 | $78.87 | $78.87 | $85.10 | $88.80 | $92.59 | $96.32 | $96.32 | $100.79 | $105.66 | $110.63 | $115.58 | $115.58 | 35% | 22% | 20% |
| Net interest margin | 21.9% | 20.9% | 19.8% | 19.8% | 19.7% | 19.1% | 19.6% | 18.4% | 18.2% | 18.0% | 17.7% | 17.7% | 17.6% | 17.4% | 17.3% | 17.1% | 17.0% | -6% | -10% | -4% |
| **BALANCE SHEET ITEMS:** | FY 2015 | FY 2016 | 1Q 17 | 2Q 17 | 3Q 17 | 4Q 17 | FY 2017 | 1Q 18 | 2Q 18E | 3Q 18E | 4Q 18E | FYE 2018E | 1Q 19E | 2Q 19E | 3Q 19E | 4Q 19E | FYE 2019E | | | |
| **ASSETS** | | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 6 | 15 | 11 | 27 | 5 | 8 | 8 | 12 | 36 | 87 | 108 | 108 | 88 | 39 | 48 | 95 | 95 | -44% | 1220% | -13% |
| Restricted cash and cash equivalents | 167 | 225 | 317 | 314 | 274 | 256 | 256 | 369 | 342 | 345 | 349 | 349 | 352 | 356 | 359 | 365 | 365 | 14% | 36% | 5% |
| Restricted securities available for sale | 48 | 45 | 47 | 47 | 46 | 46 | 46 | 51 | 52 | 53 | 54 | 54 | 56 | 57 | 58 | 59 | 59 | | | |
| Loans receivable | 3,345 | 4,207 | 4,474 | 4,638 | 4,828 | 5,049 | 5,049 | 5,498 | 5,553 | 5,609 | 5,749 | 5,749 | 5,893 | 6,010 | 6,131 | 6,284 | 6,284 | 20% | 14% | 9% |
| Allowance for credit losses | (244) | (320) | (338) | (354) | (376) | (429) | (429) | (448) | (466) | (486) | (506) | (506) | (528) | (550) | (574) | (598) | (598) | 34% | 18% | 18% |
| Loans receivable, net | 3,102 | 3,887 | 4,136 | 4,284 | 4,451 | 4,620 | 4,620 | 5,050 | 5,087 | 5,123 | 5,243 | 5,243 | 5,365 | 5,460 | 5,557 | 5,686 | 5,686 | 19% | 13% | 8% |
| Property and equipment, net | 19 | 18 | 20 | 20 | 20 | 21 | 21 | 20 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | | | |
| Income taxes receivable | 10 | 2 | 3 | 8 | 6 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | | |
| Other assets | 37 | 26 | 23 | 28 | 25 | 33 | 33 | 30 | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | | | |
| Total Assets | 3,389 | 4,218 | 4,557 | 4,728 | 4,827 | 4,986 | 4,986 | 5,534 | 5,570 | 5,663 | 5,808 | 5,808 | 5,915 | 5,966 | 6,077 | 6,259 | 6,259 | 18% | 17% | 8% |
| **LIABILITIES AND SHAREHOLDERS' EQUITY:** | | | | | | | | | | | | | | | | | | | | |
| Liabilities: | | | | | | | | | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | 128 | 144 | 141 | 140 | 141 | 152 | 152 | 169 | 172 | 174 | 177 | 177 | 179 | 182 | 185 | 188 | 188 | 5% | 16% | 6% |
| Revolving secured line of credit | 58 | 0 | 134 | 0 | 131 | 14 | 14 | 23 | 23 | 23 | 23 | 23 | 23 | 24 | 24 | 24 | 24 | NA | 68% | 2% |
| Secured financing | 1,479 | 2,062 | 2,230 | 2,472 | 2,328 | 2,514 | 2,514 | 2,880 | 2,909 | 2,938 | 2,967 | 2,967 | 2,997 | 3,027 | 3,057 | 3,103 | 3,103 | 22% | 18% | 5% |
| Senior notes | 548 | 541 | 542 | 542 | 542 | 543 | 543 | 543 | 554 | 565 | 576 | 576 | 582 | 588 | 594 | 600 | 600 | 0% | 6% | 4% |
| Deferred income taxes, net | 249 | 273 | 313 | 325 | 334 | 187 | 187 | 206 | 206 | 206 | 206 | 206 | 206 | 206 | 206 | 206 | 206 | | | |
| Income taxes payable | - | 24 | 33 | 0 | 0 | 40 | 40 | 56 | - | - | 56 | 56 | 58 | - | - | 58 | 58 | | | |
| Total Liabilities | 2,461 | 3,044 | 3,393 | 3,480 | 3,475 | 3,450 | 3,450 | 3,877 | 3,864 | 3,907 | 4,006 | 4,006 | 4,047 | 4,027 | 4,066 | 4,179 | 4,179 | 13% | 16% | 4% |
| Shareholders' Equity: | | | | | | | | | | | | | | | | | | | | |
| Preferred stock, $.01 par value, 1,000,000 shares authorized, none iss | - | | | | | | | | | | | | | | | | | | | |
| Common stock, $.01 par value | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0% | 0% | 0% |
| Paid-in capital | 101 | 132 | 133 | 136 | 138 | 146 | 146 | 148 | 148 | 148 | 148 | 148 | 148 | 148 | 148 | 148 | 148 | 10% | 2% | 0% |
| Retained earnings | 827 | 1,042 | 1,031 | 1,113 | 1,213 | 1,390 | 1,390 | 1,509 | 1,559 | 1,608 | 1,655 | 1,655 | 1,720 | 1,791 | 1,863 | 1,932 | 1,932 | | | |
| Accumulated other comprehensive loss | (0.10) | - | - | - | - | (0.20) | (0.20) | - | - | - | - | - | - | - | - | - | - | | | |
| Total Shareholders' Equity | 928 | 1,174 | 1,164 | 1,248 | 1,352 | 1,536 | 1,536 | 1,657 | 1,706 | 1,756 | 1,803 | 1,803 | 1,868 | 1,939 | 2,011 | 2,080 | 2,080 | 31% | 17% | 15% |
| Total Liabilities and Shareholders' Equity | 3,389 | 4218 | 4,557 | 4,728 | 4,827 | 4986 | 4986 | 5,535 | 5,570 | 5,663 | 5,808 | 5,808 | 5,915 | 5,966 | 6,077 | 6,259 | 6,259 | | | |

Source: Company Reports, SFG Research

**Price target valuation and risks**

Credit Acceptance Corp.(CACC, Price: $322.40, Price Target: $350.00):

CACC shares have historically traded at a forward P/E range between 11x and 26x, with an average forward P/E over the past decade of 12.5x. We currently lower that average by 0.5x due to regulatory risk. Applying a 12x multiple to our undiscounted 2019 EPS estimate yields a fair value price target of $350.

If the economy grows faster than expected and competition in subprime lending subsides, our price target could prove conservative. We see our downside risk in a scenario where consumer credit deteriorates or the economy shrinks.

## Analyst Certification

I, Jack Micenko, hereby certify that the views each of us has expressed in this research report accurately reflect each of our respective personal views about the subject securities and issuers. We also certify that no part of our respective compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

## Important Disclosures

SFG is a market maker in the securities of Credit Acceptance Corp. (CACC).

Susquehanna International Group, LLP (SIG) is comprised of a number of trading and investment related entities under common control, including Susquehanna Financial Group, LLLP (SFG). SIG, its affiliates and/or its principals may have long or short positions in securities or related issues mentioned here. SIG, in its capacity as specialist and/or market maker may execute orders on a principal basis in the subject securities. Information presented is from sources believed to be reliable, but is not guaranteed to be accurate or complete. Past performance should not be taken as an indication or guarantee of future results. Hyperlinks provided in this report are for your convenience. Please be aware that the products and information supplied on these hyperlinked pages are not endorsed or approved by SFG.

The following data elements on this report were sourced from Bloomberg LP: Price (yesterday's close), 52-week high, 52-week low, Shares outstanding, Average daily trading volume, Volume (contracts). Any others will be specifically sourced.

SFG employs the following rating system:

Positive: We expect this stock to appreciate by at least 15% over the next 12 months.

Neutral: We expect this stock to perform within a range of +/-15 percentage points over the next 12 months.

Negative: We expect this stock to depreciate by at least 15% over the next 12 months. .

Suspended: The previously published rating and/or estimates are currently suspended and under review.

Prior to July 2015 our rating system also required a 20% +/- expected return over 12 months to initiate with a Positive/Negative rating.

Defined Credit Terms

Gross debt + preferred TEV: (Gross Debt + Preferred) / Total Enterprise Value (expressed as a %).

Net debt/EBITDA: Net Debt (gross debt less cash on hand) / EBITDA = forward year EBITDA estimate.

Free cash flow: Forward EBITDA estimate less cash taxes less cash interest less total capex.

FCF yield: FCF Yield ((FCF/ Fully Diluted shares outstanding/current share price) (expressed as a %)).

YTM: Yield-to-maturity ("YTM") implied by any of its bonds outstanding that are due in 5 years ((or closest to)(expressed as a %)).

5-yr treasury yield: 5-year US Treasury yield (expressed as a %).

Volatility Definitions

Volume: The 20-day average option contract volume for the symbol.

Skew Rank: The current day's Skew values compared to the past year's worth of skew values and then rank the current day's value. Past year in the calculation is 252 previous trading days which includes the last trading day.

Implied Volatility: Implied Volatility is the at-the-forward volatility level implied by market option prices for 90 days. While implied volatility is specific to the time frame selected, it is always presented as an annualized standard deviation.

Realized Volatility: It is the Realized Volatility of a financial instrument over 90 days. Generally, this measure is calculated by determining the average deviation from the average price of a financial instrument in the given time period. This measure is frequently compared with implied volatility to determine if options prices are over- or undervalued. It is also known as historical volatility.

## Ratings Distribution & Investment Banking Disclosure

| Covered companies in each Category | Investment banking client in each category |
|---|---|
| Positive (Buy) 50.61% (167) | Positive (Buy) 0.00% (0) |
| Neutral (Hold) 46.36% (153) | Neutral (Hold) 0.00% (0) |
| Negative (Sell) 3.03% (10) | Negative (Sell) 0.00% (0) |

This is a proprietary SFG product prepared, and intended, solely for the use of sophisticated and professional institutional traders and managers and not for the general investing public. Unauthorized redistribution of this report, by any means, represents a violation of US copyright laws and could result in legal action and the suspension of the intended recipient's privileges. If you have any questions regarding this transmission please contact ResearchDistribution@sig.com. The information in this communication is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use would be contrary to law or regulation or which would subject Susquehanna Financial Group, LLLP or its affiliates to any registration requirement within such jurisdiction or country.

Copyright © 2018 Susquehanna Financial Group, LLLP. All rights reserved.

7

**Rating and Price Target History for: Credit Acceptance Corp. (CACC) as of 05-03-2018**

