# Exhibit K

**Consumer Finance | Estimate Changes**
January 31, 2019



# Credit Acceptance Corporation (CACC)
Upside on Yield & Provision; Volume Miss on Competitive Pressures; State Probes Proceeding

**MARKET UNDERPERFORM**
Price: $414.37
Price Target: $350.00

## INVESTMENT HIGHLIGHTS

**David M. Scharf**
dscharf@jmpsecurities.com
(415) 835-8942

**Jeff Zhang, CFA**
jzhang@jmpsecurities.com
(415) 835-8948

- **We reiterate our Market Underperform rating on Credit Acceptance and our $350 price target, with shares currently valued at ~4x current book value.** The company reported 4Q18 GAAP EPS of $7.79, ~1.5% above our $7.67 estimate. The generally in-line quarter saw modest upside in revenue due to higher yields, and a $2M (~$0.07) positive variance on provision expense. In terms of demand metrics, we saw negative variances for loan units and dollar volume, as well as a significant Y/Y decline in volume per active dealer. Management suggests that there has not been any moderation in the competitive landscape and there appears to be more pressure to expand the dealer network in order to compensate for lower per dealer volumes. Notwithstanding the company's industry-leading ROE, we maintain our bearish outlook on CACC given, in our view, the current elevated valuation. Our $350 price target equates to ~2.5x our 2019E book value, which still represents a very significant premium to all other specialty finance comparables.

- **Estimate revisions.** We raise our 2019E GAAP EPS to $32.90 from $31.65 and introduce our 2020 estimate of $36.35. The ~4% upward revision to our 2019 forecast is driven primarily by higher yield assumptions, lower share count, and lower provision expenses, partially offset by slower portfolio growth and higher interest expenses. For funding cost, the company expects a 50bps increase in 2019 from the roughly 4.5% reported in 4Q18, compared to our previous assumption of a 16bps increase. Reflective of the sizable share repurchases the company conducted during the quarter, we reduce our FY19 book value per share estimate to $136.59 from $140.14. We also introduce our 2020 BVPS estimate of $172.94.

- **Volume per dealer pulled back again.** In contrast to the performance during the first half of 2018, the second half has seen a fairly notable reversal in loan volume per active dealer. The figure declined on a Y/Y basis by 2.5% in 3Q and 5.6% in 4Q, which management attributed to the persistently competitive landscape. New loan assignments in the quarter increased by 12.5% (versus 20.3% in 3Q18), falling below our forecast of 15.0%. Market share pressures at the dealer level have been deliberately offset by the company's investment last year in increased sales headcount, which has led to another quarter of low-teens growth in the number of active dealers. Given that there is likely limited flexibility remaining on lending terms, with the average contract maturity at 57 months and average loan size at $22.5K, the growth outlook is increasingly dependent on expanding the size of the dealer network.

### MARKET DATA

| | |
|---|---|
| Price | $414.37 |
| 52-Week Range: | $297.63 - $467.25 |
| Shares Out. (M): | 20.4 |
| Market Cap ($M): | $8,453.1 |
| Average Daily Vol. (000): | 116.0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $295.6 | $355.2 | -- |
| | 2Q | $315.4 | $367.3 | -- |
| | 3Q | $332.0 | $373.7 | -- |
| | 4Q | $342.8 | $377.0 | -- |
| | **FY** | **$1,285.8** | **$1,473.2** | **$1,639.4** |
| EPS | 1Q | $6.17 | $7.98 | -- |
| | 2Q | $7.75 | $8.30 | -- |
| | 3Q | $7.75 | $8.38 | -- |
| | 4Q | $7.79 | $8.24 | -- |
| | **FY** | **$29.39** | **$32.90** | **$36.35** |
| | P/E | 14.1x | 12.6x | 11.4x |
| Previous FY | | $29.34 | $31.65 | NE |

EPS: Adjusted (non-GAAP)
*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**
This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification.

**Credit Acceptance Corporation (CACC)**



- **Credit remains stable**. We saw another quarter in which the company slightly raised forecasted yields on the 2018 vintage, while effectively maintaining its collections forecasts on the 2016 and 2017 pools. Management's commentary relating to subprime consumer trends and the stable credit outlook is consistent with the commentary earlier in the day from Santander Consumer USA (SC, MO, $23 PT). We admit there is little visibility into forecasting provision expense at CACC given the opacity of level yield accounting and the company's tendency to initially book collection curves conservatively, we do speculate whether it might have some "accounting tailwinds" from the large 4Q17 allowance charge that was taken, setting the stage for fewer allowances (provisions) over the course of the following 24 months. Separately, management remained non-committal on how it anticipates responding to the adoption of CECL accounting and whether the adoption of fair value accounting remains a viable option.

- **Updates on state attorneys general investigations**. In an 8K filed concurrently with the 4Q earnings release, the company provided an update on two separate state investigations that have been underway for several years. The attorney general offices in both Mississippi and Massachusetts notified the company that, based on their findings thus far, it may have violated state lending laws. The Mississippi AG's office specifically noted that "it believes that the Company may have engaged in unfair and deceptive acts or practices relating to the origination and collection of auto loans in violation of the Mississippi Consumer Protection Act." The Massachusetts AG's office noted that "it believes that the Company may have engaged in unfair and deceptive acts or practices related to the origination and collection of auto loans, which may have caused some of the Company's representations and warranties contained in securitization documents to be inaccurate." There has been no effort to attempt to quantify or opine on the outcome of these investigations yet. We remind investors that the company is also currently cooperating with state investigators on similar matters in New York and Maryland. For the time being, we are generally not concerned with investigations and subpoenas that have been undertaken by the FTC and CFPB given the weaker regulatory climate at the federal level under the current administration.

**Credit Acceptance Corporation (CACC)**

**JMP**

| FIGURE 1. Quarterly Variance | | | | |
|---|---|---|---|---|

| Earnings Summary | Dec 18A | Dec 18E | Variance $ | % |
|---|---|---|---|---|
| Finance Charges | 313.8 | 307.7 | 6.1 | 2.0% |
| Premiums Earned | 12.4 | 12.2 | 0.2 | 1.6% |
| Other Income | 16.6 | 17.4 | (0.8) | -4.4% |
| **Total Revenues** | 342.8 | 337.3 | 5.5 | 1.6% |
| | | | | |
| Total Revenues, Net Of Interest | 300.5 | 294.5 | 6.0 | 2.1% |
| | | | | |
| Salaries and Wages | 44.5 | 43.2 | 1.3 | 3.1% |
| General and Administrative | 14.4 | 14.2 | 0.2 | 1.6% |
| Sales and Marketing | 16.4 | 16.9 | (0.5) | -2.8% |
| Provision for Credit Losses | 17.7 | 19.6 | (1.9) | -9.8% |
| Interest Expense | 42.3 | 42.9 | (0.6) | -1.3% |
| Provision for Claims | 6.5 | 6.7 | (0.2) | -3.7% |
| Operating Expenses | 141.8 | 143.5 | (1.7) | -1.2% |
| | | | | |
| Pretax Income | 201.0 | 193.9 | 7.1 | 3.7% |
| Income Taxes | 49.1 | 44.6 | 4.5 | 10.1% |
| Net Income (GAAP) | 151.9 | 149.3 | 2.6 | 1.8% |
| | | | | |
| Adjusted Net Income | 153.0 | 149.3 | 3.7 | 2.5% |
| | | | | |
| Diluted Shares Outstanding | 19.5 | 19.5 | 0.0 | 0.1% |
| | | | | |
| GAAP EPS | $7.79 | $7.67 | $0.12 | 2% |
| **Core EPS** | **$7.85** | **$7.67** | **$0.18** | **2%** |
| BVPS | $102.09 | $108.48 | -$6.39 | -6% |

*Source: Company Filings & JMP Securities LLC*

January 31, 2019

## FIGURE 2.  Consumer Finance Comparable Table - ($Ms except per share data)

| Ticker | Company | Rating | 01/30/19 Price | Shares (MM) | Mkt Cap ($MM) | Long Term Debt | Cash | EV ($MM) | CY 2017 EPS | CY 2018 EPSe | CY 2019 EPSe | CY 2017 P/E | CY 2018 P/E | CY 2019 P/E | CY 2017 EBITDA | CY 2018 EBITDAe | CY 2019 EBITDA | CY 2017 EV/ EBITDA | CY 2018 EV/ EBITDA | CY 2019 EV/ EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CREDIT CARD** | | | | | | | | | | | | | | | | | | | | |
| ADS | Alliance Data Systems Corp | MO | 179.56 | 55 | 9,876 | 16,774 | 3,601 | 23,049 | 19.35 | 22.69 | 24.45 | 9.3x | 7.9x | 7.3x | 2,218 | 2,471 | 2,617 | 10.4x | 9.3x | 8.8x |
| AXP | American Express Co | MP | 102.67 | 852 | 87,475 | 58,000 | 27,000 | 118,475 | 5.89 | 7.33 | 8.10 | 17.4x | 14.0x | 12.7x | - | - | - | - | - | - |
| COF | Capital One Financial Corp | NC | 80.88 | 473 | 38,232 | 49,133 | 4,768 | 82,597 | 7.25 | 11.19 | 11.00 | 11.2x | 7.2x | 7.4x | - | - | - | - | - | - |
| DFS | Discover Financial Services | MO | 67.72 | 342 | 23,160 | 27,228 | 18,515 | 31,873 | 5.98 | 7.79 | 8.55 | 11.3x | 8.7x | 7.9x | - | - | - | - | - | - |
| SYF | Synchrony Financial | MO | 30.07 | 721 | 21,677 | 23,996 | 9,396 | 36,277 | 2.62 | 3.74 | 4.15 | 11.5x | 8.0x | 7.2x | - | - | - | - | - | - |
| **AUTO FINANCE** | | | | | | | | | | | | | | | | | | | | |
| ALLY | Ally Financial Inc | NC | 26.76 | 442 | 11,831 | 45,542 | 802 | 56,571 | 2.39 | 3.34 | 3.58 | 11.2x | 8.0x | 7.5x | - | - | - | - | - | - |
| CACC | Credit Acceptance Corp | MU | 414.37 | 19 | 7,997 | 3,637 | 26 | 11,609 | 24.04 | 29.39 | 32.90 | 17.2x | 14.1x | 12.6x | - | - | - | - | - | - |
| CPSS | Consumer Portfolio Services Inc | MO | 3.86 | 25 | 95 | 2,218 | 11 | 2,303 | 0.69 | 0.52 | 0.61 | 5.6x | 7.4x | 6.3x | - | - | - | - | - | - |
| CRMT | America's CAR-MART Inc | NC | 69.66 | 7 | 497 | 165 | 1 | 661 | 4.10 | 5.52 | - | 17.0x | 12.6x | - | - | - | - | - | - | - |
| SC | Santander Consumer USA Holdings Inc | MO | 19.15 | 360 | 6,894 | 34,883 | 148 | 41,629 | 1.92 | 2.54 | 2.50 | 10.0x | 7.5x | 7.7x | - | - | - | - | - | - |
| **COLLECTIONS/DEBT PURCHASING** | | | | | | | | | | | | | | | | | | | | |
| ECPG | Encore Capital Group Inc | MO | 29.40 | 30 | 886 | 3,561 | 205 | 4,242 | 4.04 | 4.80 | 5.26 | 7.3x | 6.1x | 5.6x | - | - | - | - | - | - |
| PRAA | PRA Group Inc | MP | 29.09 | 45 | 1,322 | 2,281 | 114 | 3,489 | 2.05 | 1.97 | 2.25 | 14.2x | 14.8x | 12.9x | - | - | - | - | - | - |
| **INSTALLMENT & PAWN LENDING** | | | | | | | | | | | | | | | | | | | | |
| EZPW | EZCORP Inc | NC | 9.50 | 55 | 523 | 227 | 297 | 452 | 0.66 | 0.80 | 0.85 | 14.3x | 11.9x | 11.2x | - | - | - | - | - | - |
| FCFS | FirstCash Inc | MO | 85.01 | 44 | 3,750 | 601 | 57 | 4,294 | 2.74 | 3.52 | 4.28 | 31.0x | 24.2x | 19.9x | 273 | 283 | 317 | 15.7x | 15.2x | 13.6x |
| OMF | OneMain Holdings Inc | MO | 29.45 | 136 | 4,008 | 15,731 | 1,243 | 18,496 | 3.54 | 5.00 | 5.53 | 8.3x | 5.9x | 5.3x | - | - | - | - | - | - |
| RM | Regional Management Corp | MO | 27.33 | 12 | 332 | 612 | 1 | 943 | 2.54 | 3.10 | 3.58 | 10.8x | 8.8x | 7.6x | - | - | - | - | - | - |
| WRLD | World Acceptance Corp | NC | 111.16 | 9 | 1,033 | 230 | 6 | 1,258 | 6.98 | 4.71 | 7.47 | 15.9x | 23.6x | 14.9x | - | - | - | - | - | - |
| **INTERNET LENDING** | | | | | | | | | | | | | | | | | | | | |
| ENVA | Enova International Inc | MO | 23.59 | 36 | 841 | 951 | 164 | 1,628 | 1.37 | 2.57 | 2.93 | 17.2x | 9.2x | 8.1x | 158 | 211 | 251 | 10.3x | 7.7x | 6.5x |
| ONDK | On Deck Capital Inc | MP | 7.23 | 79 | 574 | 812 | 71 | 1,315 | (0.01) | 0.56 | 0.61 | N/A | 12.9x | 11.9x | - | - | - | - | - | - |
| ELVT | Elevate Credit Inc | MP | 4.50 | 43 | 194 | 549 | 55 | 688 | 0.16 | 0.27 | 0.62 | 28.1x | 16.7x | 7.3x | 87 | 115 | 143 | 7.9x | 6.0x | 4.8x |
| GSKY | GreenSky Inc | NC | 10.95 | 189 | 2,071 | 387 | 294 | 2,164 | N/A | 0.57 | 0.70 | N/A | 19.2x | 15.6x | N/A | 172 | 216 | N/A | 12.6x | 10.0x |
| CURO | CURO Group Holdings Corp | NC | 12.57 | 46 | 576 | 871 | 153 | 1,294 | 2.01 | 1.86 | 2.78 | 6.3x | 6.7x | 4.5x | 232 | 217 | 267 | 5.6x | 6.0x | 4.8x |
| LC | LendingClub Corp | NC | 3.10 | 424 | 1,316 | 305 | 348 | 1,273 | 0.00 | 0.10 | 0.19 | N/A | 31.4x | 16.6x | - | 43 | 51 | - | 29.5x | 25.1x |
| **FINANCIAL PROCESSING** | | | | | | | | | | | | | | | | | | | | |
| IMXI | International Money Express Inc | MO | 11.40 | 47 | 541 | 113 | 173 | 481 | - | 0.28 | 0.59 | - | 40.7x | 19.3x | 33 | 47 | 54 | 14.4x | 10.1x | 9.0x |
| MGI | MoneyGram International Inc | MP | 2.10 | 65 | 135 | 903 | 209 | 829 | 1.08 | 0.69 | 0.69 | 1.9x | 3.0x | 3.0x | 276 | 234 | 239 | 3.0x | 3.5x | 3.5x |
| TSS | Total System Services Inc | MP | 90.28 | 184 | 16,581 | 3,890 | 471 | 19,999 | 3.37 | 4.47 | 4.83 | 26.8x | 20.2x | 18.7x | 1,198 | 1,359 | 1,456 | 16.7x | 14.7x | 13.7x |
| WAGE | WageWorks Inc | MO | 30.92 | 40 | 1,245 | 245 | 353 | 1,137 | 1.78 | 1.98 | 2.04 | 17.4x | 15.6x | 15.2x | 146 | 149 | 155 | 7.8x | 7.6x | 7.3x |
| HQY | HealthEquity Inc | MO | 63.25 | 64 | 4,043 | - | 330 | 3,713 | 0.66 | 1.09 | 1.31 | 95.8x | 58.1x | 48.3x | 83 | 111 | 136 | 44.8x | 33.5x | 27.4x |
| WU | Western Union Co | MP | 18.31 | 449 | 8,221 | 2,926 | 768 | 10,380 | 1.80 | 1.92 | 1.96 | 10.2x | 9.5x | 9.3x | 1,363 | 1,383 | 1,404 | 7.6x | 7.5x | 7.4x |
| SQ | Square Inc | NC | 71.53 | 475 | 33,971 | 898 | 1,171 | 33,698 | 0.27 | 0.46 | 0.70 | 264.9x | 155.0x | 102.1x | 139 | 255 | 420 | 242.4x | 132.1x | 80.2x |

*JMP Securities EPS estimates except for not rated securities where Thomson Reuters consensus estimates*

*Source: Company Filings, Thomson Reuters, JMP Securities LLC*

Credit Acceptance Corporation (CACC)



**Credit Acceptance Corporation (CACC)**



## Company Description

Credit Acceptance Corporation is a leading provider of subprime auto loans, with financing services on an indirect lending model through a nationwide network of auto dealers. These dealer partners originate subprime loans and assign administration, servicing, and collection for the loans to Credit Acceptance Corporation under dealer servicing agreements.

## Investment Risks

Credit Acceptance Corporation is exposed to a broad range of business risks, including regulatory requirements and regulations, risks due to credit losses, competition from a range of competitors, some geographic concentration in certain states, the need to access capital to support the company's growth initiatives, and exposure to the general macroeconomic environment.

**Credit Acceptance Corporation (CACC)**



## JMP FACTS AND DISCLOSURES

### Analyst Certification:

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed David M. Scharf and Jeff Zhang

### JMP Securities Disclosures:

JMP Securities currently makes a market in the securities of Credit Acceptance Corporation and Santander Consumer USA Holdings Inc.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from Credit Acceptance Corporation in the next 3 months.

### JMP Securities Investment Opinion Definitions:

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

### JMP Securities Research Ratings and Investment Banking Services: (as of January 31, 2019)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 247 | 60.69% | Buy | 247 | 60.69% | 68 | 27.53% |
| MARKET PERFORM | Hold | 139 | 34.15% | Hold | 139 | 34.15% | 22 | 15.83% |
| MARKET UNDERPERFORM | Sell | 5 | 1.23% | Sell | 5 | 1.23% | 0 | 0% |
| COVERAGE IN TRANSITION | | 15 | 3.69% | | 15 | 3.69% | 1 | 6.67% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 407 | 100% | | 407 | 100% | 91 | 22.36% |

### Stock Price Chart of Rating and Target Price Changes:

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.





**Credit Acceptance Corporation (CACC)**



**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2019. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

**Credit Acceptance Corporation (CACC)**



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

---

# RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
Devin Ryan                          (212) 906-3578
  Brian McKenna                     (212) 906-3545

**Commercial & Specialty Finance**
Christopher York                    (415) 835-8965
  Thomas Wenk                       (415) 835-8962

**Consumer Finance**
David M. Scharf                     (415) 835-8942
  Jeff Zhang, CFA                   (415) 835-8948

**Financial Processing & Outsourcing**
David M. Scharf                     (415) 835-8942
  Jeff Zhang, CFA                   (415) 835-8948

**Insurance**
Matthew J. Carletti                 (312) 768-1784
  Karol Chmiel                      (312) 768-1786

**Investment Banks & Brokers**
Devin Ryan                          (212) 906-3578
  Brian McKenna                     (212) 906-3545

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
Steven C. DeLaney                   (212) 906-3517
  Chris Muller                      (212) 906-3559
Trevor Cranston, CFA                (415) 869-4431
  Mikhail Goberman                  (212) 906-3543

### HEALTHCARE

**Biopharma**
Donald Ellis, PharmD                (212) 906-3507
  Nazibur Rahman                    (212) 906-3519

**Biotechnology**
Liisa A. Bayko                      (312) 768-1785
  Jonathan Wolleben                 (312) 768-1788
  Neil Panchal, MD                  (312) 768-1795
Jason N. Butler, PhD                (212) 906-3505
  Roy Buchanan                      (212) 906-3509
  Simon J. Gruber, PhD              (212) 906-3538
  Jonathan Helander, PhD            (212) 906-3540

**Healthcare Services & Facilities**
Peter L. Martin, CFA                (415) 835-8904
  Jonathan Freed                    (415) 835-8908

**Medical Devices & Supplies**
David Turkaly                       (212) 906-3563
  Daniel W. Stauder                 (212) 906-3535

### REAL ESTATE

**Housing & Land Development**
Peter L. Martin, CFA                (415) 835-8904
Aaron Hecht                         (415) 835-3963
  Doug Hansen                       (415) 835-8934

**Property Services**
Mitch Germain                       (212) 906-3546
  Corey DeVito                      (212) 906-3525

**Residential Services**
Aaron Hecht                         (415) 835-3963

**REITs: Healthcare & Specialty**
Peter L. Martin, CFA                (415) 835-8904
  Jonathan Freed                    (415) 835-8908

**REITs: Diversified, Industrial, Office, & Retail**
Mitch Germain                       (212) 906-3546
  Corey DeVito                      (212) 906-3525

**REITs: Residential**
Aaron Hecht                         (415) 835-3963

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
Joseph Osha                         (415) 835-8998
  Hilary Cauley                     (415) 835-8996

**Cybersecurity, Data Management & IT Infrastructure**
Erik Suppiger                       (415) 835-3918
  Michael Berg                      (415) 835-3914

**Internet & Digital Media**
Ronald V. Josey III                 (212) 906-3528
  David Yueh                        (415) 835-3957

**Software**
Patrick Walravens                   (415) 835-8943
  Mathew Spencer                    (415) 835-8930
  Joe Goodwin                       (415) 869-4477
Peter Lowry                         (415) 869-4418

---

# ADDITIONAL CONTACTS

**Thomas R. Wright**
**Director of Equities**
(212) 906-3599

**Charles Sweeney**
**Director of Sales & Trading**
(212) 906-3573

**600 Montgomery Street, Suite 1100**
San Francisco, CA 94111
www.jmpsecurities.com