# Exhibit O

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of Earliest Event Reported):  May 3, 2018

# CREDIT ACCEPTANCE CORPORATION

(Exact name of registrant as specified in its charter)

| Michigan | 000-20202 | 38-1999511 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 25505 West Twelve Mile Road | |
| Southfield, Michigan | 48034-8339 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code:  248-353-2700

Not Applicable
Former name or former address, if changed since last report

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[ ] Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
[ ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
[ ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
[ ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company [ ]

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. [ ]

**Item 2.02. Results of Operations and Financial Condition.**

On May 3, 2018, Credit Acceptance Corporation (the "Company") issued a press release announcing its financial results for the three months ended March 31, 2018 and details for the related May 4, 2018 webcast. The press release is attached as Exhibit 99.1 to this Form 8-K and incorporated herein by reference.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release dated May 3, 2018. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

CREDIT ACCEPTANCE CORPORATION

Date: May 3, 2018                                                    By:   /s/ Kenneth S. Booth

Kenneth S. Booth
Chief Financial Officer

**Silver Triangle Building**
**25505 West Twelve Mile Road**
**Southfield, MI 48034-8339**
**(248) 353-2700**
**creditacceptance.com**

<u>**NEWS RELEASE**</u>

<u>**FOR IMMEDIATE RELEASE**</u>

**Date: May 3, 2018**

**Investor Relations: Douglas W. Busk**
**Senior Vice President and Treasurer**
**(248) 353-2700 Ext. 4432**
<u>**IR@creditacceptance.com**</u>

**Nasdaq Symbol: CACC**

**CREDIT ACCEPTANCE ANNOUNCES**
**FIRST QUARTER 2018 EARNINGS**

**Southfield, Michigan – May 3, 2018 – Credit Acceptance Corporation (Nasdaq: CACC)** (referred to as the "Company", "Credit Acceptance", "we", "our", or "us") today announced consolidated net income of $120.1 million, or $6.17 per diluted share, for the three months ended March 31, 2018 compared to consolidated net income of $93.3 million, or $4.72 per diluted share, for the same period in 2017.

Adjusted net income, a non-GAAP financial measure, for the three months ended March 31, 2018 was $118.9 million, or $6.11 per diluted share, compared to $92.3 million, or $4.67 per diluted share, for the same period in 2017.

<u>**Webcast Details**</u>

We will host a webcast on May 4, 2018 at 9:00 a.m. Eastern Time to answer questions related to our first quarter results.  The webcast can be accessed live by visiting the "Investor Relations" section of our website at <u>creditacceptance.com</u> or by dialing 877-303-2904.  Additionally, a replay and transcript of the webcast will be archived in the "Investor Relations" section of our website.

1

**<u>Description of Credit Acceptance Corporation</u>**

Since 1972, Credit Acceptance has offered financing programs that enable automobile dealers to sell vehicles to consumers, regardless of their credit history.  Our financing programs are offered through a nationwide network of automobile dealers who benefit from sales of vehicles to consumers who otherwise could not obtain financing; from repeat and referral sales generated by these same customers; and from sales to customers responding to advertisements for our financing programs, but who actually end up qualifying for traditional financing.

Without our financing programs, consumers are often unable to purchase vehicles or they purchase unreliable ones.  Further, as we report to the three national credit reporting agencies, an important ancillary benefit of our programs is that we provide consumers with an opportunity to improve their lives by improving their credit score and move on to more traditional sources of financing. Credit Acceptance is publicly traded on the Nasdaq Stock Market under the symbol CACC.  For more information, visit <u>creditacceptance.com.</u>

13