UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PALM TRAN, INC. AMALGAMATED
TRANSIT UNION LOCAL 1577 PENSION
PLAN, Individually and on Behalf of All
Others Similarly Situated,

    Plaintiff,      Civil Case No. 20-cv-12698
               Honorable Linda V. Parker

v.

CREDIT ACCEPTANCE CORPORATION,
BRETT A. ROBERTS, and KENNETH S.
BOOTH,

    Defendants.
_____/

## OPINION & ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF [ECF No. 37]

Counsel for Plaintiff Canadian Elevator Industry Pension Trust Fund, Danielle S. Myers and Robbins Geller Rudman & Dowd LLP ("Counsel"), filed a motion to withdraw as counsel on September 30, 2021.  (ECF No. 37.)  On May 28, 2021, the Court appointed Ontario Provincial Council of Carpenters' Pension Trust Fund and Millwright Regional Counsel of Ontario Pension Trust Fund as Lead Plaintiff, and approved Lead Plaintiff's selection of Labaton Sucharow LLP as Lead Counsel.  (ECF No. 28.)  The Court finds that good cause exists for Counsel to withdraw.

Accordingly,

**IT IS ORDERED** that the Motion to Withdraw as Counsel for Plaintiff (ECF No. 37) is **GRANTED** and Danielle S. Myers and Robbins Geller Rudman & Dowd LLP shall be withdrawn as counsel of record;

**IT IS FURTHER ORDERED** that the clerk is directed to remove the above-named attorney and law firm from the docket as well as the ECF Service List.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 21, 2021

2