## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| PALM TRAN, INC. AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>CREDIT ACCEPTANCE CORPORATION, BRETT A. ROBERTS, and KENNETH S. BOOTH,<br><br>          Defendants. | Case No. 20-cv-12698<br>Honorable Linda V. Parker |

## DECLARATION OF THOMAS G. HOFFMAN, JR. IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS

I, THOMAS G. HOFFMAN, Jr., declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Labaton Sucharow LLP, Court-appointed Lead Counsel in this proposed class action, and am admitted to practice before this Court. I respectfully submit this declaration in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and Approval of Notice to the Settlement Class.

2. True and correct copies of the following documents are annexed hereto:

Exhibit 1:  Stipulation and Agreement of Settlement, dated as of August 24, 2022, with exhibits thereto.

Exhibit 2:  Firm resume of Labaton Sucharow LLP.

Exhibit 3:  Laarni T. Bulan and Laura E. Simmons, *Securities Class Action Settlements – 2021 Review and Analysis* (Cornerstone Research 2022).

Exhibit 4:  Firm resume of JND Legal Administration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2022.

/s/ *Thomas G. Hoffman, Jr.*
THOMAS G. HOFFMAN, Jr.