# Exhibit 4

# JND | LEGAL ADMINISTRATION

# COMPANY OVERVIEW

*Our Founders – Jennifer Keough ("J"), Neil Zola ("N") and David Isaac ("D") – are seasoned experts with more than 80 years of collective experience in law and administration.*

## WHO WE ARE

Guided by the vision and tenacity of our Founders, JND Legal Administration ("JND") has established itself as the nation's leading legal administration and litigation support services provider. Our teams leverage honed processes, industry-leading technology and JND proprietary systems to deliver superior results in all facets of legal administration related to class action, mass torts, remediation programs, eDiscovery, legal notice and more.

With more than 250 employees, JND operates out of its 35,000 square-foot headquarter office in Seattle and has additional offices in Los Angeles, Minneapolis and New York. JND works with plaintiff and defense firms, federal and state government agencies, and Fortune 500 companies. Our eDiscovery service line ("JND eDiscovery") is a RelativityOne certified cloud solution and services partner.

## RECOGNITION

Named the #1 Class Action Claims Administrator throughout our history, JND has been recognized for excellence in claims administration by leading legal publications for seven consecutive years.



2022    2021    2020    2019    2018    2017    2016

**JND** Overview



> **"Good work gets more work."**
>
> – JENNIFER KEOUGH

**450** MILLION + CLAIMS PROCESSED

**5** BILLION + DOLLARS IN DISTRIBUTION

**1500** USERS TRAINED IN JND'S RELATIVITYONE ENVIRONMENT

**3** PATENT-PENDING eDISCOVERY APPLICATIONS

## HOW WE DO IT

The principals at JND have overseen many of the largest and most complex class action, mass tort and remediation cases in U.S. history. As the majority of our clients come as referrals, client delivery and a commitment to superior results will always remain central to our approach. As Jennifer Keough likes to say, "Good work gets more work."

## OUR CULTURE

Committed to diversity and inclusion, JND is proud to have an executive leadership team comprising more women than any of our competitors. Fifty-one percent of JND staff are women and more than 40% identify as an ethnic minority.

## OUR TECHNOLOGY

JND's data security posture and state-of-the-art technology are key differentiators that strengthen and support all areas of our business. We incorporate the latest developments in technology into our practice, engineering proprietary systems and developing custom solutions to serve our clients.

Protecting the confidentiality, integrity and availability of client data is of the utmost importance to JND. Our systems and technology solutions are AICPA SOC 2-certified, and compliant with the Gramm-Leach-Bliley Act (GLBA), California Consumer Privacy Act (CCPA), NIST, HIPAA and HITECH, and FISMA.



**CLASS ACTION ADMINISTRATION**

**eDISCOVERY**

**GOVERNMENT SERVICES**

**HEALTHCARE SOLUTIONS**

**LEGAL NOTICE PROGRAMS**

**MASS TORT & LIEN RESOLUTION**

---

**CONTACT:**   JNDLA.com       800.207.7160       info@JNDLA.com

**CONNECT:**    /jnd-legal-administration        /jnd_la

**JND** | LEGAL ADMINISTRATION

JND Securities Matters

# SECURITIES MATTERS



**NEIL ZOLA**
**EXECUTIVE MANAGING DIRECTOR**



**LUIGGY SEGURA**
**VICE PRESIDENT – OPERATIONS**

*JND's securities team, located in New York, is managed day-to-day by Vice President Luiggy Segura and is ultimately overseen by Co-Founder Neil Zola, with over 25 years' experience in securities class action litigation and administration. Neil has played a direct role in many of the largest securities settlements in our country's history, including the $6.15 billion WorldCom Securities Litigation settlement, the $3.2 billion Tyco International Securities Litigation settlement, the $2.2 billion Nortel Networks Securities Litigation settlement and the $586 million IPO Securities Litigation settlement, among hundreds of other matters.*

*JND is an approved vendor for the Securities and Exchange Commission ("SEC"). We assist the SEC in developing complex plans of distribution and perform all tasks necessary for the smooth and efficient administration of SEC Fair Funds.*



### PRE-SETTLEMENT CONSULTING

We begin by consulting with clients on how to develop allocation methodologies and design efficient, economical roadmaps for settlement administration while providing support prior to and at the preliminary approval stage.



### INDUSTRY-LEADING NOTICE PROGRAM

JND has one of the most extensive broker lists in the business. Our proprietary notice distribution list includes more than:

- 400 corporate funds and corporate/public/union pension funds
- 150 banks and insurance companies
- 600 hedge funds
- 1,000 investment banks
- 70 large endowments
- 2,000 broker dealers, money managers and others

We have the capability to support our direct notice mail and email campaigns with a full spectrum of media including television, print, digital and radio.



## COMPLEX CLAIMS PROCESSING

JND seamlessly handles all aspects of claims processing, from intake through deficiency handling to loss calculation. Our proprietary systems enable us to securely handle all kinds of electronic filings from large institutions and third-party filing companies online via JND's case-specific websites. We provide white-glove service to handhold claimants through the process and our on-site team of call center representatives works seamlessly with management to address claimant questions in real time.



## BENEFITS DISBURSEMENT

- Our team has disbursed billions of dollars in settlement benefits and routinely works with major financial institutions to set up Qualified Settlement Funds ("QSFs").

- Our expertise in benefits calculation allows us to navigate even the most complex allocation methodologies and accurately apply them to individual class members, including large institutional investors.

## PROMINENT CASE HISTORY

- *Akorn Securities Litigation*
- *Akorn Inc., Data Integrity Securities Litigation*
- *Barclays LX Securities Litigation*
- *Bethany Liou & GCRC, LLC Fair Fund*
- *BlackRock Wells Fargo Trustee Settlement*
- *Citigroup Securities Litigation*
- *Cognizant Securities Litigation*
- *ComScore Securities Litigation*
- *Dole Food Company Securities Litigation*
- *Endo International Securities Litigation*
- *Equifax Inc. Securities Litigation*
- *GoPro Shareholder Litigation Settlement*
- *GTV Media Group Fair Fund Settlement*
- *Halliburton EPJ Fund Securities Litigation*
- *Impax Securities Settlement*
- *IPO Securities Litigation*
- *Mattel Securities Litigation*

- *Navient Corp Securities Litigation*
- *Nortel Networks Securities Litigation I & II*
- *Novo Nordisk Securities Litigation*
- *Palm House Hotel Distribution Fund*
- *Resideo Technologies Securities Settlement*
- *Robinhood Financial Fair Fund Settlement*
- *Royal Ahold Securities and ERISA Litigation*
- *Signet Securities Litigation*
- *Snap Inc. Securities Litigation*
- *Spectrum Brand Securities Litigation*
- *Stericycle Securities Litigation*
- *Tyco International LTD Securities Litigation*
- *Washington Mutual Securities Litigation*
- *Wells Fargo RMBS Trustee Litigation*
- *WorldCom, Inc. Securities Litigation*
- *Yahoo! Securities Litigation*
- *Zimmer Biomet Securities Litigation*

*All cases listed above were handled directly by one of the Founders of JND or by another senior JND employee still working for the company.*

 
