# Exhibit 1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PALM TRAN, INC. AMALGAMATED
TRANSIT UNION LOCAL 1577 PENSION
PLAN, Individually and On Behalf of All
Others Similarly Situated,

        Plaintiff,

   v.

CREDIT ACCEPTANCE CORPORATION,
BRETT A. ROBERTS, and KENNETH S.
BOOTH,

        Defendants.

Case No. 20-cv-12698
Honorable Linda V. Parker

### DECLARATION OF TOM CARDINAL IN SUPPORT OF
### (I) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS
### ACTION SETTLEMENT AND PLAN OF ALLOCATION AND (II) LEAD
### COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES
### AND PAYMENT OF LITIGATION EXPENSES

I, Thomas Cardinal, declare as follows, pursuant to 28 U.S.C. §1746:

1.      I am the Chairman of the Board of Trustees of the Ontario Provincial Council of Carpenters' Pension Trust Fund ("Ontario Carpenters"), and I am authorized to submit this declaration on its behalf. Ontario Carpenters is a Court-appointed Lead Plaintiff in the above-captioned proposed securities class action (the "Action").[1]

2.      I respectfully submit this declaration in support of final approval of the proposed settlement of the Action for $12 million, approval of the proposed Plan of Allocation for distributing the proceeds of the Settlement, and approval of Lead Counsel's request for attorneys' fees and expenses. I have personal knowledge of the statements herein and, if called as a witness, could competently testify about them.

3.      On May 28, 2021, the Court appointed Ontario Carpenters as a Lead Plaintiff for the proposed class in the Action. Since that time, we, together with Manion Wilkins & Associates Ltd. ("Manion"), Ontario Carpenters' third party administrator, have monitored the progress of this litigation and have regularly conferred with counsel concerning its prosecution and developments. In that regard, we reviewed significant filings with the Court, communicated with counsel

---

[1] Unless otherwise indicated, capitalized terms have those meanings contained in the Stipulation and Agreement of Settlement, dated as of August 24, 2022.

regarding litigation developments, and discussed with counsel the potential for settlement and the terms of the proposed Settlement.

4.      We believe that the Settlement represents a fair, reasonable, and adequate result for the Settlement Class. We have weighed the substantial benefits to the Settlement Class against the significant risks and uncertainties of continued litigation. After doing so, we believe that the Settlement represents a very favorable recovery, and believe that final approval of the Settlement is in the best interests of the Settlement Class.

5.      We also believe that Lead Counsel's request for an award of attorneys' fees in the amount of 30% of the Settlement Fund is fair and reasonable under the circumstances of this case. We have evaluated Lead Counsel's request in light of the effort required by Lead Counsel to pursue the case to date, the risks and challenges in the litigation, as well as the recovery obtained for the Settlement Class. We understand that Lead Counsel will also devote additional time in the future to administering the Settlement. We further believe that the litigation expenses to be requested, of no more than $125,000, are reasonable and represent the costs and expenses that were necessary for the successful prosecution and resolution of this case. Based on the foregoing, we fully support Lead Counsel's motion for attorneys' fees and payment of litigation expenses.

6.      In conclusion, we were closely involved throughout the prosecution and settlement of the claims in the Action and strongly endorse the Settlement as fair,

- 2 -

reasonable, and adequate, and believe it represents a very favorable recovery for the Settlement Class.  We further support Lead Counsel's attorneys' fee and expense request, in light of the work performed, the recovery obtained for the Settlement Class, and the attendant litigation risks.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 31 day of October, 2022.

Thomas Cardinal
*on Behalf of the Board of Trustees of the
Ontario Provincial Council of Carpenters'
Pension Trust Fund*