# Exhibit 7

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| PALM TRAN, INC. AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CREDIT ACCEPTANCE CORPORATION, BRETT A. ROBERTS, and KENNETH S. BOOTH,<br><br>      Defendants. | Case No. 20-cv-12698<br>Honorable Linda V. Parker |

**DECLARATION OF RONALD A. KING ON BEHALF OF PLAINTIFF IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, RONALD A. KING, declare as follows, pursuant to 28 U.S.C. §1746:

1. I am a member of the law firm of Clark Hill PLC.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action (the "Action") from inception through October 21, 2022 (the "Time Period").

**2.** My firm, which served as Liaison Counsel in the Action, was involved throughout the course of the litigation, which is described in the accompanying

Declaration of Michael P. Canty in Support of (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses, filed herewith.

3.      The information in this declaration regarding my firm's time and expenses is taken from time and expense records prepared and maintained by the firm in the ordinary course of business.  These records (and backup documentation where necessary) were reviewed by myself and others at my firm, under my direction, to confirm both the accuracy of the entries as well as the necessity for and reasonableness of the time and expenses committed to the Action.  As a result of this review and the adjustments made, I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the Action.  In addition, I believe that the expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

4.      The schedule attached hereto as Exhibit A is a summary indicating the amount of time spent by attorneys and professional support staff members of my firm who were involved in the prosecution of the Action, and the lodestar calculation based on my firm's current hourly rates. The schedule was prepared from daily time records regularly prepared and maintained by my firm, which are available at the

- 2 -

request of the Court.  Time expended in preparing this application for fees and payment of expenses has not been included in this request.

5.      The total number of reported hours spent on this Action by my firm during the Time Period is 26.8. The total lodestar amount for reported attorney/professional staff time based on the firm's current rates is $19,180.

6.      The hourly rates for the attorneys of my firm included in Exhibit A are my firm's usual and customary hourly rates.  My firm's lodestar figures are based upon the firm's current hourly rates, which do not include charges for expense items. Expense items are recorded separately and are not duplicated in my firm's hourly rates.

7.      As detailed in Exhibit B, my firm has incurred a total of $7 in unreimbursed courier expenses in connection with the prosecution of the Action. The expenses are reflected on the books and records of my firm.

8.      With respect to the standing of my firm, attached hereto as Exhibit C is a brief biography of my firm as well as biographies of the firm's partners and of counsels.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of November, 2022.

_____
Ronald A. King, Clark Hill PLC

- 3 -

**Exhibit A**

*Credit Acceptance Corporation Securities Litigation*

## EXHIBIT A

## LODESTAR REPORT

FIRM: CLARK HILL PLC
REPORTING PERIOD:  INCEPTION THROUGH OCTOBER 31, 2022

| PROFESSIONAL | STATUS | CURRENT RATE | HOURS | LODESTAR |
|---|---|---|---|---|
| Ronald A. King | P | $750 | 24.5 | $18,375 |
| Kelly E. Kane | A | $350 | 2.3 | $805 |
| **TOTALS** | | | | **$19,180** |

| | | | | | |
|---|---|---|---|---|---|
| Partner | (P) | Staff Attorney | (SA) | Research Analyst | (RA) |
| Of Counsel | (OC) | Investigator | (I) | | |
| Associate | (A) | Paralegal | (PL) | | |

**Exhibit B**

*Credit Acceptance Corporation Securities Litigation*

## EXHIBIT B

## EXPENSE REPORT

FIRM: CLARK HILL PLC
REPORTING PERIOD:  INCEPTION THROUGH OCTOBER 31, 2022

| CATEGORY | | TOTAL AMOUNT |
|---|---|---|
| Courier Fees | | $7.00 |
| **TOTAL** | | **$ 7.00** |

**Exhibit C**

**Clark Hill**

# Ronald A. King

Member

**rking@clarkhill.com**

**Lansing**
**+1 517.318.3015**

**fax +1 517.318.3068**



Ronald King helps clients solve business, administrative, and regulatory issues. He leads multi-party litigation cases involving commercial matters, constitutional claims, and public pension-related disputes.

Ron guides his clients regarding public pension law, presently serves as General Counsel to the Police and Fire Retirement System of the City of Detroit. He has also served as special counsel and lead trial counsel for the General Retirement System of the City of Detroit and the PFRS since 2006. As General Counsel, Ron has a significant role in strategic planning, government relations, plan qualification and administration, investments, audit, actuary, regulatory compliance and litigation. Most recently, he played a significant and lead role on behalf of the retirement systems leading up to and following Detroit's historic Chapter 9 bankruptcy case. Ron continues to lead the PFRS and its Boards of Trustees, working closely with staff and trustees to thoroughly and clearly convey and analyze the many issues facing PFRS in the implementation of the Chapter 9 Plan of Adjustment and its on-going operations.

Ron also advises his clients in all aspects of complex multi-party litigation involving diverse commercial matters, constitutional claims, and public pension-related disputes. He has conducted and supervised teams of internal and external attorneys in all phases of litigation in federal and state courts, and before federal, state and local administrative bodies, including regulatory and criminal investigations. He has conducted and supervised all aspects of discovery, e-discovery, motion practice, trial, and settlement negotiations. He is particularly proficient at simplifying and clearly conveying complex data and concepts during litigation and trial and, as importantly, in the boardroom.

Ron also represents a broad range of clients in all manner of environmental matters, including regulatory compliance and enforcement, and complex cost recovery litigation involving multiple parties. This work includes taking matters to trial and using world-class technology to explain complex issues to the bench and juries. He has worked with regulators and environmental consultants on developing corrective action plans and meeting compliance obligations. His environmental litigation experience is extensive, varied, and includes successfully defending property owners, operators, and transporters in actions brought by regulatory agencies and third parties, under federal and state statutes as well as common law. Ron has substantial experience in all aspects of hazardous waste management. Ron brings his considerable experience in environmental compliance and remediation to focus on achieving cost-effective, creative and environmentally sound solutions to client problems.

Ron also counsels clients in the development and implementation of business and strategic plans, including plans for business growth, risk management, and asset protection. He has extensive experience negotiating and drafting corporate documents, including by-laws, buy-sell agreements and stock, and asset purchase agreements. Ron is a

**Clark Hill**

trusted advisor and problem solver.

## Practice Areas

Environmental & Natural Resources

Litigation

Municipal Law

## Education

J.D., Wayne State University Law School, Detroit, Michigan, 1991

B.A., The University of Chicago, Chicago, Illinois, 1986

## Recognitions

Named among Lansing, Michigan's 2023 Litigation – Environmental "Lawyer of the Year" by Best Lawyer

Leading Lawyer

## Memberships

State Bar of Michigan

National Association of Public Pension Attorneys

International Association of Employee Benefit Plans

Former Member, Clark Hill Executive Committee (2008-2013)

## State Bar Licenses

Michigan

## Court Admissions

U.S. District Ct., E.D. of Michigan

U.S. District Ct., W.D. of Michigan

U.S. District Ct., N.D. of Illinois

U.S. Court of Appeals, 6th Circuit

U.S. Court of Appeals, Federal Circuit

## Experience

**Articles**

- Michigan Lawyers Weekly: Clark Hill Attorneys Recognized for Securing Largest Judgment in Michigan – January 2015
- Michigan Lawyers Weekly: Pension Funds Get $119M in Fraud, Conversion Action – September 2014

**Clark Hill**

# Kelly E. Kane

Associate

**kkane@clarkhill.com**

**Detroit**
**+1 313.309.9495**

**fax +1 313.309.6875**



Kelly Kane supports construction clients including property owners, contractors, and suppliers in litigation of construction matters.

Kelly helps clients with contract disputes, lien and bond claims, collections, and violations of the Michigan Building Contract Fund Act. In addition to her construction practice, Kelly also litigates commercial contract disputes and business torts.

Recently, Kelly obtained a six-figure money judgment on behalf of a construction materials supplier pursuant to a bond claim. Kelly also defended a seven-figure breach of contract action on behalf of a client, where the trial court dismissed all claims against the client following a five-day bench trial. The trial court then awarded the client its reasonable attorney fees incurred at trial pursuant to Kelly's motion.

Prior to joining Clark Hill, Kelly worked as a human resources assistant at the largest greenhouse produce grower in North America. There, Kelly was responsible for recruitment, training, workers compensation, and employee relations at the Canadian headquarters.

## Practice Areas

Construction Law

## Education

J.D., magna cum laude, Michigan State University College of Law, East Lansing, Michigan

B.B.A., with Honors, University of Guelph, Ontario, Canada

## Recognitions

Named among *Best Lawyers: Ones to Watch in America* ® in Construction Law by Best Lawyers (2022)

## Memberships

Ingham County Bar Association

ICLE New Lawyer Advisory Board

## State Bar Licenses

## Clark Hill

Michigan