# Exhibit 8

*Palm Tran, Inc. Amalgamated Transit Union Loc. 1577 Pension Plan*
*v. Credit Acceptance Corp.,*
**No 20-CV-12698 (E.D. Mich.)**

**SUMMARY OF LODESTARS AND EXPENSES**

| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|
| Clark Hill PLC | 26.8 | $19,180.00 | $7.00 |
| Labaton Sucharow LLP | 2,497.9 | $1,493,783.50 | $59,608.60 |
| **TOTALS** | **2,524.7** | **$1,512,963.50** | **$59,615.60** |