UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PALM TRAN, INC. AMALGAMATED : 
TRANSIT UNION LOCAL 1577 : 
PENSION PLAN, Individually and On : 
Behalf of All Others Similarly Situated, : 
                                  : 
                Plaintiff, : Case No.:
                                  : 2:20-cv-12698-LVP-EAS
         v. : 
                                  : Hon. Linda V. Parker
CREDIT ACCEPTANCE : 
CORPORATION, BRETT A. ROBERTS, : 
and KENNETH S. BOOTH, : 
                                  : 
              Defendants. : 

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DECLARATION OF PATRICK G. RIDEOUT**
**REGARDING DEFENDANTS' COMPLIANCE WITH 28 U.S.C. § 1715**

I, PATRICK G. RIDEOUT, declare as follows:

1.      I am an attorney admitted to practice before the courts of the State of New York and have been admitted to the bar of this Court.  I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for Defendants Credit Acceptance Corporation, Brett A. Roberts and Kenneth S. Booth (collectively, "Defendants") in the above-captioned matter.  I make this declaration to attest to Defendants' compliance with 28 U.S.C. § 1715.  This declaration is based on my own personal knowledge and, if called upon to do so, I could and would testify competently thereto.

2.      Pursuant to 28 U.S.C. § 1715, on August 29, 2022, I caused a mailing containing the information and documents called for by 28 U.S.C. § 1715(b) to be sent to the appropriate State and Federal officials, as defined by 28 U.S.C. § 1715(a).

3.      Attached hereto as **Exhibit 1** to this declaration is a true and correct copy of the August 29, 2022 transmittal letter that was sent to such officials, without the public court documents that were mailed with it.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on this 2nd day of November, 2022.

_____
Patrick G. Rideout

2

# Exhibit 1

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-2702
DIRECT FAX
917-777-2702
EMAIL ADDRESS
PATRICK.RIDEOUT@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

August 29, 2022

**BY CERTIFIED MAIL OR E-MAIL, AS APPLICABLE**

TO:  ALL ADDRESSEES LISTED ON THE ATTACHED APPENDIX A

RE:  **Notice of Proposed Class Action Settlement**
*Palm Tran, Inc. Amalgamated Transit Union Local 1577 Pension Plan v.*
*Credit Acceptance Corp. et al.*, No. 2:20-cv-12698-LVP-EAS (E.D. Mich.)

Dear Sir or Madam:

Pursuant to Section 3(a) of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, you are hereby notified of a proposed settlement (the "Proposed Settlement") of the above-captioned class action lawsuit (the "Class Action") currently pending before the United States District Court for the Eastern District of Michigan (the "Court").  This notice is being provided on behalf of defendants Credit Acceptance Corporation ("Credit Acceptance" or the "Company"), Brett A. Roberts and Kenneth S. Booth (collectively, "Defendants").

CAFA identifies eight items of information to be provided to you, to the extent applicable, in connection with any proposed class action settlement.  *See* 28 U.S.C. § 1715.  Each of these items is addressed below and, where appropriate, included as specified on the enclosed CD.  This notice and the accompanying materials are intended to satisfy any and all notification obligations that Defendants have pursuant to CAFA with respect to the Class Action and Proposed Settlement.

Notice of Proposed Class Action Settlement
August 29, 2022
Page 2

1.     The complaint and any materials filed with the complaint and any amended complaints.  *See* 28 U.S.C. § 1715(b)(1).  The Class Action Complaint for Violations of the Federal Securities Laws, filed October 2, 2020, and the Certification filed contemporaneously therewith as Exhibit 1 are included on the enclosed CD as **Exhibit A**.  The Amended Class Action Complaint for Violations of the Federal Securities Laws, filed on July 22, 2021, is included on the enclosed CD as **Exhibit B**.

2.     Notice of any scheduled judicial hearing in the class action.  *See* 28 U.S.C. § 1715(b)(2).  On August 24, 2022, the Lead Plaintiffs[1] in the Class Action filed a Motion for Preliminary Approval of Class Action Settlement and Approval of Notice to the Settlement Class (the "Motion") with the Court, through which the Lead Plaintiffs requested that the Court schedule a final settlement hearing for at least 100 calendar days after entry of a preliminary approval order.  A copy of the Motion is included on the enclosed CD as **Exhibit C**.  A copy of the [Proposed] Order Granting Preliminarily Approval of Class Action Settlement (the "Order") is Exhibit A to the Stipulation and Agreement of Settlement (the "Stipulation"), which is included on the enclosed CD as **Exhibit D**.  The Court noticed a hearing on the Motion for Tuesday, August 30, 2022, at 1:00 p.m.  There are no other hearings currently scheduled in the Class Action.

3.     Any proposed or final notification to class members.  *See* 28 U.S.C. § 1715(b)(3).  The text of the proposed notification to class members of the proposed settlement, including their rights to request exclusion from the class, is included as part of the Stipulation that is **Exhibit D** on the enclosed CD.  More specifically, the Notice of Pendency and Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses is Exhibit A-1 to the Stipulation, the Proof of Claim and Release form is Exhibit A-2 to the Stipulation, and the Summary Notice of Pendency and Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses is Exhibit A-3 to the Stipulation.

4.     Any proposed or final class action settlement.  *See* 28 U.S.C. § 1715(b)(4).   The proposed class action settlement is set forth in the Stipulation, a copy of which is included on the enclosed CD as **Exhibit D**, along with all corresponding exhibits.

5.     Any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.  *See* 28 U.S.C. § 1715(b)(5).  On August 24, 2022, Lead Plaintiffs and Defendants entered into a confidential Supplemental

---

[1]     Lead Plaintiffs are Ontario Provincial Council of Carpenters' Pension Trust Fund and Millwright Regional Council of Ontario Pension Trust Fund.

Notice of Proposed Class Action Settlement
August 29, 2022
Page 3

Agreement Regarding Requests for Exclusion ("Supplemental Agreement") that has not been filed with the Court due to its sensitive nature. The Supplemental Agreement requires confidentiality because it relates to matters that, if disclosed, could incentivize certain persons or entities to undertake litigation positions that would be detrimental to the interests of the class members. If you require additional information regarding the Supplemental Agreement, please let us know and we can discuss appropriate arrangements to address the confidential nature of the Supplemental Agreement.

6.      Any final judgment or notice of dismissal. *See* 28 U.S.C. § 1715(b)(6). No final judgment or notice of dismissal has been entered. The [Proposed] Final Order and Judgment is Exhibit B to the Stipulation, which is included as **Exhibit D** on the enclosed CD.

7.      A reasonable estimate of the number of class members residing in each state and the estimated proportionate share of the claims of such members to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). CAFA requires a defendant, "if feasible," to provide "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or, if that is not feasible, to provide a "reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." *Id.* § 1715(b)(7)(A)-(B). The Class Action is brought on behalf of all persons and entities that purchased or otherwise acquired Credit Acceptance common stock, a publicly traded security, between May 4, 2018, and August 28, 2020. A substantial number of Credit Acceptance's outstanding common shares are held by nominees (brokerage firms and other custodians or intermediaries). As a result, it is not feasible at this time for Defendants to identify and provide the names of class members who reside in each State or the estimated proportionate share of the claims of such members to the entire settlement.

8.      Any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b)(3) through (6). *See* 28 U.S.C. § 1715(b)(8). There are no written judicial opinions relating to the materials described in 28 U.S.C. § 1715(b)(3) through (6) as of this date.

This Notice is timely. CAFA provides two timing deadlines for service of the notice required by 28 U.S.C. § 1715, and Defendants have complied with both. First, "each defendant that is participating in the proposed settlement" must serve the requisite notice "[n]ot later than 10 days after a proposed settlement of class action is filed in court." 28 U.S.C. § 1715(b). Defendants have complied with this deadline because Lead Plaintiffs filed the Motion and accompanying Stipulation with the Court on August 24, 2022, and this Notice is being served by certified mail or email, as

Notice of Proposed Class Action Settlement
August 29, 2022
Page 4

applicable, on August 29, 2022.

Second, "[a]n order giving final approval of a proposed settlement may not be issued earlier than 90 days after" service of the notice of the proposed settlement on the appropriate State and Federal officials. *Id.* § 1715(d). The Motion, which is Exhibit B on the enclosed CD, provides that the final settlement hearing will be at least 100 days after a preliminary approval order is entered, which will necessarily be more than 90 days after the date of service of this Notice.

\* \* \* \* \*

This notice is provided based on the information currently available to Defendant, and based on the status of the proceedings at the time this notice is being submitted. This notice is complete as of the date hereof and will not be amended. We expect that any additional Court documents (including hearing dates) will be posted to the docket publicly available through the Court's Public Access to Court Electronic Records system, accessible through https://ecf.mied.uscourts.gov/.

If you have any questions about this Notice, the Class Action, or the enclosed materials, or if you did not receive any of the above-listed materials, please do not hesitate to contact me.

Very truly yours,

*/s/ Patrick G. Rideout*

Patrick G. Rideout

Enclosures

Notice of Proposed Class Action Settlement
August 29, 2022
Page 5

## APPENDIX A

### Offices of Appropriate Federal and State Officials[2]

| | |
|---|---|
| Hon. Merrick B. Garland<br>U.S. Department of Justice<br>Office of the U.S. Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Alabama State Banking Department<br>P.O. Box 4600<br>Montgomery, AL 36103 |
| Hon. Steve Marshall<br>Alabama Attorney General's Office<br>501 Washington Avenue<br>Montgomery, AL 36104 | Alaska Department of Commerce,<br>Community, and Economic Development<br>Division of Corporations, Business and<br>Professional Licensing<br>P.O. Box 110806<br>Juneau, AK 99811 |
| Hon. Treg R. Taylor<br>Alaska Office of the Attorney General<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 95501 | Arizona Department of Insurance and<br>Financial Institutions<br>100 North 15th Ave, Ste 261<br>Phoenix, AZ 85007 |
| Hon. Mark Brnovich<br>Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004-2926 | Hon. Leslie Rutledge<br>Attorney General's Office<br>323 Center Street, Suite 200<br>Little Rock, AR 72201 |
| California Department of Financial<br>Protection & Innovation<br>2101 Arena Blvd<br>Sacramento, CA 95834 | Hon. Rob Bonta<br>CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 |
| Hon. Phil Weiser<br>Office of the Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Connecticut Department of Banking<br>Consumer Credit Division<br>260 Constitution Plaza<br>Hartford, CT 06103 |

---

[2]    *See* 28 U.S.C. § 1715(a).

Notice of Proposed Class Action Settlement
August 29, 2022
Page 6

| | |
|---|---|
| Hon. William Tong<br>Connecticut Office of the Attorney General<br>AG.CAFA@CT.GOV | Delaware Office of the State Bank<br>Commissioner<br>1110 Forrest Ave<br>Dover, DE 19904 |
| Hon. Kathy Jennings<br>Attorney General<br>Delaware Department of Justice<br>Carvel State Building<br>820 N. French St.<br>Wilmington, DE 19801 | District of Columbia Department of<br>Consumer & Regulatory Affairs<br>1100 4th Street SW<br>Washington, D.C. 20024 |
| Hon. Karl A. Racine<br>Office of the Attorney General for the<br>District of Columbia<br>400 6th Street, NW<br>Washington, DC 20001 | Florida Office of Financial Regulation<br>200 E. Gaines Street<br>Tallahassee, FL 32399 |
| Hon. Ashley Moody<br>Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 | Hon. Chris Carr<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 |
| Hon. Holly T. Shikada<br>State of Hawaii<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 | Hon. Lawrence G. Wasden<br>Office of the Attorney General<br>Consumer Protection Division<br>954 W. Jefferson, 2nd Floor<br>Boise, ID 83720 |
| Illinois Department of Financial &<br>Professional Regulation<br>Division of Financial Institutions<br>Consumer and Sales Finance<br>555 West Monroe Street, 5th Floor<br>Chicago, IL 60661 | Hon. Kwame Raoul<br>Office of the Attorney General<br>500 South Second Street<br>Springfield, IL 62701 |
| Indiana Department of Financial<br>Institutions<br>30 South Meridian Street, Suite 300<br>Indianapolis, IN 46204 | Hon. Todd Rokita<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 |

Notice of Proposed Class Action Settlement
August 29, 2022
Page 7

| | |
|---|---|
| Iowa Division of Banking<br>200 East Grand Ave, Ste 300<br>Des Moines, IA 50309 | Hon. Tom Miller<br>Office of the Attorney General<br>Hoover State Office Bldg.<br>1305 E. Walnut Street<br>Des Moines, IA 50319 |
| Hon. Derek Schmidt<br>Attorney General's Office<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612 | Hon. Daniel Cameron<br>Office of the Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601-3449 |
| Louisiana Motor Vehicle Commission<br>3017 Kingman Street<br>Metairie, LA 70006 | Hon. Jeff Landry<br>Office of Attorney General<br>Louisiana Department of Justice<br>P.O. Box 94005<br>Baton Rouge, LA 70804 |
| Maine Department of Professional &<br>Financial Regulation<br>Bureau of Consumer Credit Protection<br>35 State House Station<br>Augusta, Maine 04333 | Hon. Aaron Frey<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Maryland Department of Labor<br>Office of the Commissioner of Financial<br>Regulation<br>1100 North Eutaw St, Ste 611<br>Baltimore, MD 21201 | Hon. Brian E. Frosh<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202 |
| Massachusetts Division of Banks<br>1000 Washington St, 10th Floor<br>Boston, MA 02118 | Hon. Maura Healey<br>Office of the Massachusetts Attorney<br>General Maura Healey<br>ATTN: CAFA Coordinator/General<br>Counsel's Office<br>One Ashburton Place<br>Boston, MA 02108 |
| Michigan Department of Insurance and<br>Financial Services<br>530 W. Allegan St, 7th Floor<br>Lansing, MI 48933 | Hon. Dana Nessel<br>Department of Attorney General<br>Cadillac Place, 10th Floor<br>3030 W. Grand Boulevard, Suite 10-200<br>Detroit, MI 48202 |

Notice of Proposed Class Action Settlement
August 29, 2022
Page 8

| | |
|---|---|
| Minnesota Department of Commerce<br>85 7th Place East, Ste 280<br>Saint Paul, MN 55101 | Hon. Keith Ellison<br>Office of Minnesota Attorney General<br>445 Minnesota Street<br>Suite 1400<br>St. Paul, MN 55101-2131 |
| Mississippi Department of Banking and<br>Consumer Finance<br>P.O. Box 12129<br>Jackson, MS 39236 | Hon. Lynn Fitch<br>Attorney General of Mississippi<br>P.O. Box 220<br>Jackson, MS 39205 |
| Missouri Division of Finance<br>Harry S Truman State Office Building,<br>Room 630<br>P.O. Box 716<br>301 W. High St<br>Jefferson City, MO 65102 | Hon. Eric Schmitt<br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| Montana Division of Banking & Financial<br>Institutions<br>P.O. Box 200546<br>Helena, MT 59620 | Hon. Austin Knudsen<br>Office of the Attorney General<br>Justice Building, Third Floor<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401 |
| Nebraska Department of Banking and<br>Finance<br>P.O. Box 95006<br>1526 K St #300<br>Lincoln, NE 68508 | Hon. Doug Peterson<br>Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509 |
| Hon. Aaron D. Ford<br>Office of the Attorney General<br>Grant Sawyer Building<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, NV 89101 | New Hampshire Banking Department<br>53 Regional Drive, Ste 200<br>Concord, NH 03301 |
| Hon. John M. Formella<br>New Hampshire Department of Justice<br>Office of the Attorney General<br>33 Capitol Street<br>Concord, NH 03301 | New Jersey Department of Banking and<br>Insurance<br>20 West State Street<br>P.O. Box 325<br>Trenton, NJ 08625 |

Notice of Proposed Class Action Settlement
August 29, 2022
Page 9

| | |
|---|---|
| Hon. Matthew J. Platkin<br>Acting Attorney General<br>Office of The Attorney General<br>RJ Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080 | New Mexico Regulation & Licensing<br>Department<br>Financial Institutions Division<br>2550 Cerrillos Road<br>Santa Fe, NM 87504 |
| Hon. Hector Balderas<br>New Mexico Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 | New York Department of Financial<br>Services<br>1 State Street<br>New York, NY 10004 |
| Hon. Letitia James<br>CAFA Coordinator<br>Office of the Attorney General<br>28 Liberty Street, 15th Floor<br>New York, NY 10005 | Hon. Josh Stein<br>Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| Hon. Drew H. Wrigley<br>North Dakota Attorney General<br>600 E. Boulevard Ave Dept. 125<br>Bismarck ND 58505 | Hon. Dave Yost<br>Ohio Attorney General<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 |
| Oklahoma Department of Consumer Credit<br>3613 N.W. 56th St, Suite 240<br>Oklahoma City, OK 73112 | Hon. John M. O'Connor<br>Office of the Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Hon. Ellen F. Rosenblum<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 | Pennsylvania Department of Banking<br>Market Square Plaza<br>17 N. Second Street, Ste 1300<br>Harrisburg, PA 17101 |
| Hon. Josh Shapiro<br>Pennsylvania Office of Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120 | Rhode Island Division of Taxation<br>Department of Revenue<br>One Capitol Hill<br>Providence, RI 02908 |
| Hon. Peter F. Neronha<br>Rhode Island Office of the Attorney<br>General<br>150 South Main Street<br>Providence, RI 02903 | Hon. Alan Wilson<br>South Carolina Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211 |

Notice of Proposed Class Action Settlement
August 29, 2022
Page 10

| | |
|---|---|
| South Dakota Department of Labor and Regulation<br>Division of Banking<br>1601 N. Harrison Avenue, Ste 1<br>Pierre, SD 57501 | Hon. Mark Vargo<br>Office of the Attorney General<br>1302 E. Hwy. 14, Suite 1<br>Pierre, SD 57501-8501 |
| Hon. Herbert H. Slatery III<br>Attorney General & Reporter<br>P.O. Box 20207<br>Nashville, TN 37202 | Texas Office of Consumer Credit Commissioner<br>Finance Commission Building<br>2601 N. Lamar Blvd.<br>Austin, TX 78705 |
| Hon. Ken Paxton<br>Attorney General of Texas<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Utah Department of Financial Institutions<br>P.O. Box 146800<br>Salt Lake City, UT 84114 |
| Hon. Sean Reyes<br>Office of the Attorney General<br>P.O. Box 142320<br>Salt Lake City, UT 84114-2320 | Vermont Department of Financial Regulation<br>Consumer Services<br>89 Mai Street<br>Montpelier, VT 05620 |
| Hon. Susanne R. Young<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609 | Hon. Jason S. Miyares<br>Office of the Attorney General<br>202 North 9th Street<br>Richmond, Virginia 23219 |
| Hon. Bob Ferguson<br>Office of the Attorney General<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia, WA 98504-0100 | Hon. Patrick Morrisey<br>Office of the Attorney General<br>State Capitol Complex, Bldg. 1, Rm. E-26<br>1900 Kanawha Blvd. E.<br>Charleston, WV 25305 |
| Wisconsin Department of Financial Institutions<br>4822 Madison Yards Way, North Tower<br>Madison, WI 53705 | Hon. Josh Kaul<br>Attorney General<br>PO Box 7857<br>Madison, WI 53707-7857 |
| Wyoming Division of Banking<br>2300 Capitol Avenue, 2nd Floor<br>Cheyenne, WY 82002 | Hon. Bridget Hill<br>Wyoming Attorney General<br>109 State Capitol<br>200 W. 24th Street<br>Cheyenne, WY  82002 |