**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| PALM TRAN, INC. AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION, BRETT A. ROBERTS, and KENNETH S. BOOTH,<br><br>Defendants. | Case No. 20-cv-12698<br>Honorable Linda V. Parker |

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING (A) MAILING OF THE NOTICE PACKET; (B) REPORT ON REQUESTS FOR EXCLUSION; AND (C) CLAIMS RECEIVED TO DATE**

I, Luiggy Segura, declare as follows:

1. I am the Vice President of Securities Class Actions at JND Legal Administration ("JND"). Pursuant to paragraph 8 of the Court's September 19, 2022 Order Granting Motion for Preliminary Approval of Class Action Settlement (ECF No. 42) and Certifying Settlement Class (the "Preliminary Approval Order"), ECF No. 48, JND was appointed to act as the Claims Administrator in connection with the above-captioned

Action.[1]  I submit this Declaration as a supplement to my earlier declaration, the Declaration of Luiggy Segura Regarding (A) Mailing of the Notice Packet; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion to Date, dated November 2, 2022 (ECF No 53-5) (the "Initial Mailing Declaration"). The following statements are based on my personal knowledge and information provided to me by other experienced JND employees working under my supervision, and if called as a witness, I could and would testify competently thereto.

**CONTINUATION OF DISSEMINATION OF THE NOTICE PACKET**

2.     Since the execution of the Initial Mailing Declaration, JND has continued to receive requests for Notice Packets from potential Settlement Class Members and their nominees. Through November 28, 2022, JND has mailed a total of 66,018 Notice Packets to potential Settlement Class Members and their nominees.

**UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE**

3.     JND continues to maintain the toll-free number (877-654-1993) and Interactive Voice Recording ("IVR") to accommodate potential Settlement Class Members. As of November 28, 2022, there have been a total of 124 calls to the toll-free telephone

---

[1] All capitalized terms not defined herein are defined in the Stipulation and Agreement of Settlement ("Stipulation"), dated August 24, 2022, and the Preliminary Approval Order, dated September 19, 2022.

number. JND has promptly responded to each telephone inquiry and will continue to address potential Settlement Class Members' inquiries.

4. JND also continues to maintain the website dedicated to the Settlement www.CreditAcceptanceSecuritiesSettlement.com (the "Settlement Website") to assist potential Settlement Class Members. Through November 28, 2022, the Settlement Website has received 1,494 visits. The website will continue to be updated with relevant case information and court documents.

## REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

5. The Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class were to be mailed to Credit Acceptance Securities Litigation, c/o JND Legal Administration, P.O. Box 91300, Seattle, WA 98111, such that they were received no later than November 16, 2022. The Notice also set forth the information that must be included in each request for exclusion to establish membership in the Settlement Class. JND monitors all mail delivered to the P.O. Box for the Settlement. As of November 28, 2022, JND has received one (1) request for exclusion. Attached hereto as Exhibit A is the request for exclusion.

6. The request for exclusion states that the requester purchased 39 shares of GE in March 2005. A JND staff member called the requester to explain that the Settlement relates only to purchases of Credit Acceptance common stock. The requester was asked whether he wanted to correct his request for exclusion and he stated that he did not.

## CLAIM FILING STATUS

7.      The Notice and Claim Form informed Settlement Class Members that in order to qualify for a payment from the Net Settlement Fund, a Claim Form with supporting documentation must be submitted by December 2, 2022.  As of November 28, 2022, JND has received approximately 5,294 claims. Of the claims received through November 28, 2022, approximately 4,987 claims were filed electronically by institutions, approximately 117 claims were submitted by mail, and approximately 190 claims were submitted through the Settlement Website's claim filing portal.

8.      A preliminary unaudited estimate of losses, calculated pursuant to the proposed Plan of Allocation set forth in the Notice, for the 5,294 claims received through November 28, 2022, is approximately $68,607,540.00 and the average loss per claim is approximately $12,950.00.  Of the 3,285 preliminarily eligible claims, 3,161 are claiming less than 1,000 shares purchased during the class period, and 124 are claiming more than 1,000 shares purchased during the class period. The remaining 2,009 claims are preliminarily ineligible.  However, these loss figures are only preliminary and do not include any quality assurance review or fraud review.  The claim deadline has not passed and additional claims will be submitted and accepted.  Importantly, claimants will be

notified about deficiencies in their claims and be given an opportunity to cure any deficient or rejected claims.[2]

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 30, 2022 at New Hyde Park New York.

_Luiggy Segura_
LUIGGY SEGURA

---

[2] As JND is still receiving claims and currently in the process of reviewing and analyzing the claims received through November 28, 2022, the information provided herein is subject to further review, analysis, and quality control and is intended only for informational purposes at this time. Further, many of the claims received contain deficiencies (such as inadequate or no supporting documentation), which will be addressed during the normal course of the administration. In addition, claims that do not meet the submission requirements after being given an opportunity to cure deficiencies may ultimately be rejected.

# EXHIBIT A

I, Jason Rosenberg of ███████████ New Paltz, NY 12561 with the phone number ███████████ am requesting to be excluded from the Settlement Class in Palm Tran, Inc. Amalgamated Transit Union Local 1577 Pension Plan v. Credit Acceptance Corporation, No. 2:20-cv-12698-LVP-EAS (E.D. Mich.).

On March 10th 2005 I bought 39 shares of GE for a cost of $9,471.47.

Thank you,

*Jason Rosenberg*

Jason Rosenberg

Received
NOV 07 2022
by JNDLA

Case 2:20-cv-12698-LVP-EAS   ECF No. 55-1, PageID.1709   Filed 11/30/22   Page 8 of 8

Jason Rosenberg

New Paltz, NY 12561

ALBANY NY   120

2 NOV 2022   PM 1   L

ENERGY
ACTION
MONTH

usa forever

NOV 07 2022

Credit Acceptance Securities
Litigation c/o JND Legal Administration
P.O. Box 91300
Seattle, WA 98111

98111-940000